**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PETRO-HUNT, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 00-512 L** |
| | ) | |
| **v.** | ) | **JUDGE FRANCIS M. ALLEGRA** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

NOW INTO COURT, through undersigned counsel, comes Petro-Hunt, L.L.C., plaintiff in the above captioned matter and defendant, United States, who wish to jointly report on the status of plaintiff's quiet title suit, filed in the United States District Court for the Western District of Louisiana, Civil Action No. CV00-0303S.

The District Court decision was appealed to the United States Court of Appeals for the Fifth Circuit, Docked Nos. 02-30786, 02-30804, and 02-30760. On March 31, 2004, the Court of Appeals reversed the District Court and remanded the case to the District Court for further action. Plaintiff, Petro-Hunt, L.L.C., timely filed for both rehearing by the panel, and rehearing *en banc*. Both were denied on June 1, 2004. On August 5, 2004, Petro-Hunt, L.L.C. timely filed a petition for a writ of *certiorari* to the United States Court of Appeals for the Fifth Circuit in the United States Supreme Court, docket number 04-190. The Supreme Court denied *certiorari* on December 13, 2004.

The case has been remanded to the Western District of Louisiana pending determination of all remaining issues not decided on appeal. The parties are attempting to resolve some issues by stipulation; however, the plaintiffs' motion to set the case for trial is still pending.

The parties hereto will submit their next status report approximately 90 days following November 22, 2005, the date upon which this report will be filed, or on or about February 20, 2006.

Dated: November 22, 2005.

Respectfully Submitted,

s/ J. Ralph White by s/ Susan V. Cook

J. RALPH WHITE
MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, L.L.P.
3200 Energy Centre, 1100 Poydraw Street
New Orleans, LA 70163-3200
(504) 582-7673

Attorney for Plaintiff

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Susan V. Cook

SUSAN V. COOK, Sr. Atty
Natural Resources Section
Environment & Nat. Res. Division
Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0470

Attorney for Defendant