**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PETRO-HUNT, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00–512 L |
| | ) | Honorable Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of James D. Gette as attorney for the United States of America. Service of all papers by U.S. Mail should be addressed as follows:

James D. Gette
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663
Washington, DC 20044-0663

Telephone: 202-305-1461
Facsimile: 202-514-8164

Hand deliveries and express deliveries (other than by U.S. Postal Service) should be addressed as follows:

James D. Gette
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
Room 3139
601 D Street, NW
Washington, DC 20004

Respectfully submitted,

s/James D. Gette

January 11, 2006 JAMES D. GETTE