IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PETRO-HUNT, L.L.C.** | ) | |
| | ) | |
| **Plaintiff** | ) | **No. 00-512L** |
| | ) | |
| **v.** | ) | **JUDGE FRANCIS M. ALLEGRA** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Petro-Hunt, L.L.C., plaintiff in the above captioned matter and defendant, United States of America, who wish to jointly report on the status of plaintiff's quiet title suit, filed in the United States District Court for the Western District of Louisiana, Civil Action No. CV00-0303S.

The District Court decision was appealed to the United States Court of Appeals for the Fifth Circuit, Docked Nos. 02-30786, 02-30804, and 02-30760. On March 31, 2004, the Court of Appeals reversed the District Court and remanded the case to the District Court for further action. Plaintiff, Petro-Hunt, L.L.C., timely filed for both rehearing by the panel, and rehearing *en banc*. Both were denied on June 1, 2004. On August 5, 2004, Petro-Hunt, L.L.C. timely filed a petition for a writ of *certiorari* to the United States Court of Appeals for the Fifth Circuit in the United States Supreme Court, docket number 04-190. The Supreme Court denied *certiorari* on December 13, 2004.

The case was remanded to the Western District of Louisiana pending determination of all remaining issues not decided on appeal. The District Court denied plaintiffs' motion for a trial and the case has again been appealed to the United States Court of Appeals for the Fifth Circuit. The appeal is pending.

The parties hereto will submit their next status report approximately 90 days following February 20, 2006, the date upon which this report is due to be filed, or on or about May 21, 2006.

Dated: February 20, 2006.

Respectfully submitted,

J. RALPH WHITE
Freeland & Freeland, Lawyers
1013 Jackson Avenue
P.O. Box 269
Oxford, MS 38655
Telephone (662) 234-3414
Facsimile (662) 234-0604

Attorney for Plaintiff

JAMES D. GETTE, ESQ.
Trial Attorney
Environmental & Natural Resources Division
United States Department of Justice
601 D Street NW
Washington, D.C., 20004
(202) 305-1461

Attorney for Defendant