# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **PETRO-HUNT, L.L.C.** | ) | |
| | ) | |
| **Plaintiff** | ) | **No. 00-512L** |
| | ) | |
| **v.** | ) | **JUDGE FRANCIS M. ALLEGRA** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant** | ) | |

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, comes Petro-Hunt, L.L.C., plaintiff in the above captioned matter and defendant, United States of America, who wish to jointly report on the status of plaintiff's quiet title suit, filed in the United States District Court for the Western District of Louisiana, Civil Action No. CV00-0303S.

The District Court decision denying a trial on the merits was appealed to the United States Court of Appeals for the Fifth Circuit, Docket No. 06-30095. On April 21, 2006, the plaintiffs filed their appeal brief with the court. The brief for the United States was filed on June 12, 2006. The plaintiffs filed a reply brief on July 31, 2006. The case is pending in the Court of Appeals.

The parties hereto will submit their next status report approximately 90 days following August 17, 2006, the date upon which this report is due to be filed, or on or about November 15, 2006.

Dated: August 17, 2006.

Respectfully submitted,

J. RALPH WHITE
Freeland & Freeland, Lawyers
1013 Jackson Avenue
P.O. Box 269
Oxford, MS 38655
Telephone (662) 234-3414
Facsimile (662) 234-0604

Attorney for Plaintiff

JAMES D. GETTE
Environmental & Natural Resources Division
United States Department of Justice
601 D Street NW
Washington, D.C., 20004
Telephone (202) 305-1461
Facsimile (202) 514-8865

Attorney for Defendant