IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PETRO-HUNT, L.L.C.; | * | NO. 00-512L |
| VERSUS | * | JUDGE FRANCIS M. ALLEGRA |
| UNITED STATES OF AMERICA | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT STATUS REPORT**

NOW INTO COURT, through undersigned counsel, comes Petro-Hunt, L.L.C., plaintiff in the above captioned matter and defendant, United States of America, who wish to jointly report on the status of plaintiff's quiet title suit, filed in the United States District Court for the Western District of Louisiana, Civil Action No. CV00-0303S.

The District Court decision denying a trial on the merits was appealed to the United States Court of Appeals for the Fifth Circuit, Docket No. 06-30095. A panel of the Fifth Circuit filed its opinion affirming the District Court on March 6, 2007. Plaintiff, Petro-Hunt, L.L.C., timely filed for both rehearing by the panel, and rehearing *en banc*. Both were denied on July 30, 2007. Plaintiffs timely filed their Petition for a Writ of Certiorari on October 26, 2007. The United States' response is due on November 28, 2007.

The parties hereto will submit their next status report approximately 90 days following November 11, 2007, the date upon which this report is due, or on or about February 11, 2008.

Respectfully Submitted:

J. RALPH WHITE
The White Law Firm
650 Poydras Street
Ste 1605
New Orleans, LA 70130
Telephone (504) 799-2585
Facsimile (504) 799-2588

Attorney for Petro-Hunt, LLC

JAMES D. GETTE
Environment and Natural Resources Division
United States Department of Justice
601 D. Street NW
P.O. Box 663
Washington, D.C. 20044-0663
Telephone (202) 305-1461
Facsimile (202) 514-8865

Attorney for United States of America