**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PETRO-HUNT, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | Case No. 00-512L<br>Judge Allegra |

**JOINT STATUS REPORT**

Petro-Hunt, L.L.C. and the United States of America, by counsel, wish to jointly report on the status of plaintiff's quiet title action filed in the U.S. District Court for the Western District of Louisiana, Civil Action No. CV00-0303S. Plaintiff's application for a writ of *certiorari* was denied by the U.S. Supreme Court on March 3, 2008. As a result, the quiet title action is over. The parties have discussed the next steps in the matter pending before this Court and are filing a Joint Motion to Lift the Stay concurrently with the filing of this Joint Status Report. A proposed schedule for further action is included in the parties' Joint Motion to Lift the Stay.

Respectfully Submitted,

J. RALPH WHITE
The White Law Firm
650 Poydras Street
Suite 1605
New Orleans, Louisiana 70130
Telephone (504) 799-2585
Facsimile (504) 799-2588

*Attorney for Plaintiff*

JAMES D. GETTE
Environment and Natural Resources Division
United States Department of Justice
601 D Street, N.W.,
P.O. Box 663
Washington, D.C. 20044-0663
Telephone (202) 305-1461
Facsimile (202) 514-8865

*Attorney for Defendant*

Dated: May 12, 2008