**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PETRO-HUNT, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 00-512L<br>Judge Allegra |

**JOINT MOTION TO LIFT THE STAY**

Petro-Hunt, L.L.C. and the United States of America, by counsel, respectfully request that this Court lift the stay in this matter and issue an order setting the schedule for further action as proposed by the parties below.

Plaintiff filed this lawsuit on August 24, 2000. On October 31, 2000, plaintiff filed a Joint Motion to Stay these proceedings pending the outcome of its quiet title action. Plaintiff's quiet title action was filed in the U.S. District Court for the Western District of Louisiana, Civil Action No. CV00-0303S. This court entered an order staying these proceedings on November 2, 2000.

Plaintiff's application for a writ of *certiorari* in the quiet title action was denied by the U.S. Supreme Court on March 3, 2008. As a result, the quiet title action is over. Plaintiff avers that causes of action remain for consideration in this Court and intends to file an amended complaint setting forth its claims for relief.

Accordingly, the parties respectfully request that the Court enter an order setting the schedule for further action in this matter as follows:

(1) Plaintiff will file an amended complaint no later than 30 days after the order lifting the stay is entered;[1]

(2) Defendant will file its answer or other response no later than 60 days after plaintiff files its amended complaint; and

(3) No further Joint Status Reports will be required after the stay is lifted.

A proposed order is enclosed with this Motion.

Respectfully Submitted,

J. RALPH WHITE
*Counsel of Record*
The White Law Firm
650 Poydras Street
Suite 1605
New Orleans, Louisiana 70130
Telephone: 504-799-2585
Facsimile: 504-799-2588

*Of Counsel:*
D. Joe Smith
Edmund M. Amorosi
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Telephone: 703-847-6300
Facsimile: 703-847-6312

*Attorneys for Plaintiff*

JAMES D. GETTE
Environment and Natural Resources Division
United States Department of Justice
601 D Street, N.W.,
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-1461
Facsimile: 202-514-8865

*Attorney for Defendant*

Dated: May 12, 2008

---

[1]Notwithstanding this joint motion to lift stay, Defendant reserves its right to raise all defenses to the amended complaint proposed by Plaintiff, including but not limited to statute of limitations defenses.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case No. 00-512L

(Filed: _______)

| | | |
|---|---|---|
| PETRO-HUNT, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | ) | Case No. 00-512L<br>Judge Allegra |

**ORDER**

On May 12, 2008, the parties filed a join motion seeking to lift the stay in this case and to schedule further action in this matter. That motion is hereby GRANTED and this case is restored to the active docket. Accordingly, the parties are ordered to proceed as set forth below:

(1) Plaintiff will file an amended complaint no later than 30 days after the order lifting the Stay is entered;

(2) Defendant will file its answer or other response no later than 60 days after plaintiff files its amended complaint; and

(3) No further Joint Status Reports will be required.

**IT IS SO ORDERED.**

_______________________
Francis M. Allegra
Judge