**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case No. 00-512L

(Filed: _______)

| | |
|---|---|
| PETRO-HUNT, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 00-512L<br>Judge Allegra |

**ORDER**

On May 12, 2008, the parties filed a join motion seeking to lift the stay in this case and to schedule further action in this matter. That motion is hereby GRANTED and this case is restored to the active docket. Accordingly, the parties are ordered to proceed as set forth below:

(1) Plaintiff will file an amended complaint no later than 30 days after the order lifting the Stay is entered;

(2) Defendant will file its answer or other response no later than 60 days after plaintiff files its amended complaint; and

(3) No further Joint Status Reports will be required.

**IT IS SO ORDERED.**

______________________
Francis M. Allegra
Judge