# In The United States Court of Federal Claims

No. 00-512L

(Filed: May 27, 2008)

PETRO-HUNT, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 12, 2008, the parties filed a joint motion to lift the stay in this case. The motion is hereby **GRANTED**. Accordingly, on or before June 26, 2008, plaintiff shall file it amended complaint. Defendant shall file its response in accordance with the timing provisions in the RCFC.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge