**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PETRO-HUNT, L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 00-512L<br>Judge Allegra |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Petro-Hunt, L.L.C. provides the following corporate disclosure statement to the Court:

1. Petro-Hunt, L.L.C. is a Delaware limited liability company and is wholly owned by the William Herbert Hunt Trust Estate, a Texas Trust.

2. Neither Petro-Hunt, nor the parent trust, are publicly traded entities. Both are privately held.

Respectfully Submitted,

s/J. Ralph White
J. RALPH WHITE
*Counsel of Record*
The White Law Firm
650 Poydras Street
Suite 1605
New Orleans, Louisiana 70130
Telephone: 504-799-2585
Facsimile: 504-799-2588

and

*Of Counsel:*

D. Joe Smith
Edmund M. Amorosi
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Telephone: 703-847-6300
Facsimile: 703-847-6312

*Attorneys for Plaintiff*

Dated: June 25, 2008