**Exhibit 1**

The conveyances made in 1935 and 1936 from Bodcaw Lumber and Grant Timber to Good Pine Oil are described as follows:

(a) Sale of Minerals from Bodcaw Lumber Company of Louisiana, Inc. to Good Pine Oil Company, Inc. dated November 12, 1932, recorded in Conveyance Book 168, Folio 419, Entry No. 63721, in the records of Natchitoches Parish;

(b) Sale of Minerals from Grant Timber & Mfg. Company of La., Inc. to Good Pine Oil Company, Inc., dated November 16, 1932, recorded in Conveyance Book WW, Folio 552, Entry No. 25943, in the records of Grant Parish;

(c) Sale of Minerals from Grant Timber & Mfg. Company of La., Inc. to Good Pine Oil Company, Inc., dated November 16, 1932, recorded in Conveyance Book 42, Folio 255, Entry No. 25548, in the records of Winn Parish; and

(d) Sale of Minerals from Bodcaw Lumber Company of Louisiana, Inc. to Good Pine Oil Company, Inc. dated November 16, 1932, recorded in Conveyance Book 42, Folio 259, Entry No. 25552, in the records of Winn Parish;

(e) Sale of Minerals from Bodcaw Lumber Company of La., Inc. to Good Pine Oil Company, Inc., dated May 3, 1934, recorded in Conveyance Book 171, Folio 72, Entry No. 65277, in the records of Natchitoches Parish;

(f) Sale of Minerals from Bodcaw Lumber Company of La., Inc. to Good Pine Oil Company, Inc., dated May 3, 1934, recorded in Conveyance Book 44, Folio 26, Entry No. 26708, in the records of Winn Parish.

**Exhibit 2**

(a) Sale of lands by Bodcaw Lumber Company of Louisiana, Inc. to the United States of America dated February 11, 1936, recorded in Conveyance Book 173, Folio 400, Entry No. 66862, in the records of Natchitoches Parish; sale made subject to prior sales of minerals; and

(b) Sale of lands by Grant Timber & Manufacturing Company of Louisiana, Inc. to the United States of America, dated November 28, 1934, recorded in Conveyance Book ZZ, Folio 359, Entry No. 27363, in the records of Grant Parish; sale made subject to prior sales of minerals; and

(c) Sale of lands by Grant Timber and Manufacturing Company of Louisiana, Inc. to the United States of America, dated March 26, 1935, recorded in Conveyance Book 53, Folio 78, Entry No. 27600, in the records of Grant Parish; sale made subject to prior sales of minerals; and

(d) Sale of lands by Grant Timber & Manufacturing Company of Louisiana, Inc. to the United States of America, dated November 28, 1934, recorded in Conveyance Book 44, Folio 131, Entry No. 26836, in the records of Winn Parish; sale made subject to prior sales of minerals; and

(e) Sale of lands by Bodcaw Lumber Company of Louisiana, Inc. to the United States of America, dated December 20, 1934, recorded in Conveyance Book 44, Folio 160, Entry No. 26887, in the records of Winn Parish; sale made subject to prior sales of minerals; and

(f) Sale of lands by Grant Timber & Manufacturing Company of Louisiana, Inc. to the United States of America, dated March 26, 1935, recorded in Conveyance Book 44, Folio 413, Entry No. 27139, in the records of Winn Parish; sale made subject to prior sales of minerals; and

(g) Sale of lands by Bodcaw Lumber Company of Louisiana, Inc. to the United States

of America, dated June 12, 1935, recorded in Conveyance Book 44, Folio 546, Entry No. 27280, in the records of Winn Parish; sale made subject to prior sales of minerals; and

(h) Sale of lands by Grant Timber & Manufacturing Company of Louisiana, Inc. to the United States of America, dated March 26, 1935, recorded in Conveyance Book 44, Folio 419, Entry No. 27140, in the records of Winn Parish, Louisiana; sale made subject to prior sales of minerals; and

(i) Judgment in favor of the United States of America against Bodcaw Lumber Company of Louisiana, Inc., dated January 28, 1937, recorded in Conveyance Book 48, Folio 22, Entry No. 29731, in the records of Winn Parish; judgment subject to prior sales of minerals; and

(j) Judgment in favor of the United States of America against Bodcaw Lumber Company of Louisiana, Inc., dated January 28, 1937, recorded in Conveyance Book 177, Folio 612, Entry No. 69177, in the records of Natchitoches Parish; judgment subject to prior sales of minerals.

**Exhibit 3**

(a) Conveyance of Minerals from Good Pine Oil Company, Inc. to William C. Brown, et al., dated December 29, 1941, recorded in Conveyance Book 69, Folio 519, Entry No. 35127, in the records of Grant Parish;

(b) Conveyance of Minerals from Good Pine Oil Company, Inc. to William C. Brown, et al., dated December 29, 1941, recorded in Conveyance Book 54, Folio 324, Entry No. 34486, in the records of Winn Parish;

(c) Conveyance of Minerals from Good Pine Oil Company, Inc. to William C. Brown, et al., dated December 29, 1941, recorded in Conveyance Book 188, Folio 547, Entry No. 76585, in the records of Natchitoches Parish;

(d) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company Inc., dated January 20, 1942, recorded in Conveyance Book 71, Folio 181, Entry No. 35377, in the records of Grant Parish;

(e) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company, Inc. dated January 20, 1942, recorded in Conveyance Book 71, Folio 195, Entry No. 35378, in the records of Grant Parish;

(f) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company, Inc., dated January 20, 1942, recorded in Conveyance Book 56, Folio 1, Entry No. 34722, in the records of Winn Parish;

(g) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company, Inc. dated January 20, 1942, recorded in Conveyance Book 56, Folio 18, Entry No. 34723, in the records of Winn Parish;

(h) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company,

Inc., dated January 20, 1942, recorded in Conveyance Book 189, Folio 370, Entry No. 76995, in the records of Natchitoches Parish;

(i) Conveyance of Minerals from William C. Brown, et al., to Nebo Oil Company, Inc., dated January 20, 1942, recorded in Conveyance Book 189, Folio 382, Entry No. 76996, in the records of Natchitoches Parish;

(j) Acknowledgment by Joe Smith, h/o Anita O'Neal Smith, to Nebo Oil Company, Inc., dated June 19, 1952, recorded in Conveyance Book 101, Folio 3, Entry No. 48538, in the records of Grant Parish; Conveyance Book 74, Folio 51, Entry No. 49817, in the records of Winn Parish; and Conveyance Book 217, Folio 80, Entry No. 97514, in the records of Natchitoches Parish (husband acknowledged in this document that property conveyance in (d), (e), (f), (g), (h) and (i) above was the separate property of his wife);

(k) Acknowledgment by H.I. Kenney, h/o Grace Wagner Kenney, to Nebo Oil Company, Inc., dated June 18, 1952, recorded in Conveyance Book 101, Folio 5, Entry No. 48539, in the records of Grant Parish; Conveyance Book 74, Folio 52, Entry No. 49818, in the records of Winn Parish; and Conveyance Book 217, Folio 82, Entry No. 97515, in the records of Natchitoches Parish (husband acknowledged in this document that property conveyed in (d), (e), (f), (g), (h) and (i) above was the separate property of his wife);

(l) Acknowledgment by S. J. Seeger, h/o Helen B. Seeger, to Nebo Oil Company, Inc., dated July 31, 1944, recorded in Conveyance Book 195, Folio 369, Entry No. 82455, in the records of Grant Parish (husband acknowledged in this document that property conveyed in (h) and (i) above was the property of his

wife);

(m) Acknowledgment by Mary Seeger O'Boyle, et al., being the heirs of S. J. Seeger, deceased h/o Helen B. Seeger, to Nebo Oil Company, Inc., dated November 13, 1954, recorded in Conveyance Book 104, Folio 433, Entry No. 50887, in the records of Grant Parish; and Conveyance Book 235, Folio 717, Entry No. 175422, in the records of Winn Parish (heirs of deceased husband acknowledged in this document that property conveyed in (d), (e), (f) and (g) above was the separate property of his wife);

(n) Certificate of Amendment of Certification of Incorporation (name change) from Nebo Oil Company, Inc. to Bodcaw Company, dated April 4, 1960, recorded in Conveyance Book 119, Folio 39, Entry No. 56054, in the records of Grant Parish; Conveyance Book 87, Folio 221, Entry 56325, in the records of Winn Parish; and Conveyance Book 238, Folio 401, Entry No. 111325, in the records of Natchitoches Parish;

(o) Certificate of Agreement of Merger (Bodcaw Company merged into IPB, Inc., and IPB, Inc. changed its name to Bodcaw Company), dated October 10, 1979, recorded in Conveyance Book 226, Folio 84, Entry 84739, in the records of Grant Parish; Conveyance Book 143, Folio 608, Entry No. 110749, in the records of Winn Parish; and Conveyance Book 356, Folio 491, Entry No. 157257, in the records of Natchitoches Parish; all as further evidenced by (y) below;

(p) Certificate of Ownership and Merger filed by Bodcaw Company, dated October 10, 1979, recorded in Conveyance Book 226, Folio 85, Entry No. 84740, in the records of Grant Parish; Conveyance Book 143, Folio 609, Entry No. 110750, in

the records of Winn Parish; and Conveyance Book 356, Folio 492, Entry No. 157258, in the records of Natchitoches Parish;

(q) Mineral Deed from Bodcaw Company to Placid Oil Company, dated October 11, 1979, recorded in Conveyance Book 224, Folio 812, Entry No. 84742, in the records of Grant Parish; Conveyance Book 143, Folio 620, Entry No. 110752, in the records of Winn Parish; and Conveyance Book 356, Folio 508, Entry No. 157260, in the records of Natchitoches Parish;

(r) Assignment, Conveyance and Bill of Sale from Placid Oil Company to Placid International Oil Limited, and in turn from Placid International Oil Limited to Louisiana-Hunt Petroleum Corporation and Rosewood Resources (POC), Inc., dated June 13, 1983, recorded in Conveyance Book 259, Folio 139, Entry No. 93374, in the records of Grant Parish; Conveyance Book 158, Folio 550, Entry No. 122732, in the records of Winn Parish; and Conveyance Book 388, Folio 19, Entry No. 167876, in the records of Natchitoches Parish;

(s) Certificate of Ownership, Merger Name Change from Rosewood Resources (POC), Inc. to Rosewood Resources, Inc., dated December 31, 1984, recorded in Mortgage Book 134, Folio 880, Entry No. 44105, in the records of Grant Parish; Conveyance Book 172, Folio 553, Entry No. 134394, in the records of Winn Parish; and Conveyance Book 420, Folio 49, Entry No. 176881, in the records of Natchitoches Parish;

(t) Certificate of Merger and Name Change from Louisiana-Hunt Petroleum Corporation to Hunt Petroleum Corporation, dated January 31, 1986, recorded in Conveyance Book 215, Folio 574, Entry 64469, in the records of Grant Parish;

Conveyance Book 182, Folio 542, Entry 141085, in the records of Winn Parish; and Conveyance Book 442, Folio 127, Entry No. 182279, in the records of Natchitoches Parish;

(u) Assignment and Conveyance from Rosewood Resources, Inc. to Kingfisher Resources, Inc., dated April 24, 1996, recorded in Conveyance Book 338, Folio 395, Entry No. 117748, in the records of Grant Parish; Conveyance Book 217, Folio 757, Entry No. 163185, in the records of Winn Parish; and Oil and Gas Book 296, Folio 836, Entry No. 230814, in the records of Natchitoches Parish; and

(v) Conveyance and Assumption Agreement from OXY USA, Inc. and Placid Oil Company to Petro-Hunt, L.L.C., executed April 6, 1998, recorded in Conveyance Book 348, Folio 191, Entry No. 121619, in the records of Grant Parish; Conveyance Book 227, Folio 85, Entry No. 169509, in the records of Winn Parish; and Conveyance Book 529, Folio 653, Entry No. 209089, in the records of Natchitoches Parish.

**EXHIBIT 4**

# EXHIBIT A

## PLAINTIFFS' MINERAL PROPERTIES

### GRANT PARISH, LOUISIANA

**TOWNSHIP 8 NORTH, RANGE 1 WEST**

SECTION 2: ENTIRE SECTION.
SECTION 4: E/2; E/2 W/2; NW/4 NW/4; W/2 SW/4.
SECTION 6: NE/4; SE/4 NW/4; N/2 SW/4; N/2 SE/4; SW/4 SE/4; SW/4 SW/4 LESS 2 ACRES IN THE SOUTHEAST CORNER DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF SAID FORTY ACRES, RUN THENCE NORTH 20 RODS, THENCE WEST 16 RODS, THENCE SOUTH 20 RODS, THENCE EAST 16 RODS TO THE POINT OF BEGINNING.
SECTION 8: ENTIRE SECTION.
SECTION 10: ENTIRE SECTION.
SECTION 12: ENTIRE SECTION.
SECTION 13: N/2 S/2; SE/4 SW/4.
SECTION 14: N/2; SW/4; SE/4 SE/4.
SECTION 16: ENTIRE SECTION.
SECTION 18: NE/4; E/2 NW/4; NW/4 SW/4; NE/4 SE/4; S/2 SE/4.
SECTION 19: NW/4 SW/4; NW/4 SE/4; S/2 SE/4.
SECTION 20: E/2; NE/4 SW/4; S/2 SW/4.
SECTION 21: NW/4 NW/4; S/2.
SECTION 22: ENTIRE SECTION.
SECTION 24: ENTIRE SECTION.
SECTION 26: N/2 N/2; SE/4 NE/4; SW/4 NW/4; NW/4 SW/4; S/2 S/2.
SECTION 27: N/2 N/2; SE/4 NE/4; NE/4 SW/4; N/2 SE/4.

**TOWNSHIP 8 NORTH, RANGE 2 WEST**

SECTION 1: ENTIRE SECTION.
SECTION 2: ENTIRE SECTION.
SECTION 3: ENTIRE SECTION.
SECTION 4: E/2 E/2; SW/4 NE/4; W/2 W/2; SE/4 SW/4.
SECTION 5: E/2; E/2 W/2; SW/4 NW/4; W/2 SW/4.
SECTION 6: NW/4 NE/4; S/2 NE/4; E/2 NW/4; NE/4 SW/4; N/2 SE/4; SE/4 SE/4.
SECTION 7: ENTIRE SECTION.

**TOWNSHIP 8 NORTH, RANGE 2 WEST (CONTINUED)**

SECTION 8: N/2; SW/4; S/2 SE/4; NW/4 SE/4.
SECTION 9: N/2; SE/4; NE/4 SW/4; SW/4 SW/4.
SECTION 10: NE/4; NE/4 NW/4; N/2 NW/4 NW/4; E/2 SE/4 NW/4; E/2 W/2 SE/4 NW/4; S/2 NE/4 SE/4; SE/4 SE/4.
SECTION 11: NE/4; N/2 SW/4; SW/4 SW/4; E/2 SE/4.
SECTION 12: N/2 NE/4; NW/4; W/2 SE/4; SE/4 SE/4; SW/4.
SECTION 13: NE/4; E/2 NW/4; SW/4 NW/4; SW/4; N/2 SE/4; SW/4 SE/4; ALL THAT PART OF SE/4 SE/4 LYING NORTH OF FISH CREEK.
SECTION 14: E/2 NE/4; W/2 NW/4; E/2 SW/4; SW/4 SW/4; SE/4; NW/4 SW/4 LESS 10 ACRES DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF SAID FORTY ACRES, RUN THENCE SOUTH 50 RODS, THENCE WEST 32 RODS, THENCE NORTH 50 RODS, THENCE EAST 32 RODS TO THE POINT OF BEGINNING.
SECTION 16: N/2; SW/4; NE/4 SE/4.
SECTION 17: N/2; SW/4; W/2 SE/4; SE/4 SE/4.
SECTION 18: S/2 NW/4; SW/4; N/2 SE/4; NE/4 LESS 1 ACRE SOLD TO WHITE CHAPEL CHURCH NEAR THE NORTHWEST CORNER OF SAID NE/4 AND BEING IMMEDIATELY EAST OF A SIMILAR ACRE DONATED TO THE SAME CHURCH BY JOHN W. WHITE IN CONVEYANCE BOOK "M", PAGE 10, IN THE RECORDS OF GRANT PARISH, LOUISIANA.
SECTION 19: ENTIRE SECTION.
SECTION 20: N/2; NE/4 SW/4; SE/4.
SECTION 29: W/2 NE/4; NW/4; N/2 SW/4.
SECTION 30: NE/4; N/2 SW/4; SE/4 SW/4; SE/4.

**TOWNSHIP 8 NORTH, RANGE 3 WEST**

SECTION 1: SW/4 NE/4; W/2; SE/4.
SECTION 2: ENTIRE SECTION.
SECTION 11: N/2; N/2 SW/4; SE/4 SW/4; SE/4.
SECTION 12: N/2; N/2 SE/4.
SECTION 13: SE/4 SE/4.
SECTION 14: NW/4 NE/4.
SECTION 24: S/2 NE/4; S/2 SW/4; SE/4.
SECTION 25: NE/4; S/2 NW/4; SW/4; N/2 SE/4; SW/4 SE/4; W/2 SE/4 SE/4.

**TOWNSHIP 9 NORTH, RANGE 1 WEST**

SECTION 3: ENTIRE SECTION.
SECTION 4: SE/4 NE/4; E/2 NW/4; S/2 NW/4 NW/4; SW/4 NW/4; NE/4 SW/4; S/2 SW/4; SE/4.

SECTION 5: N/2 NE/4; W/2 NW/4 NW/4; S/2 NW/4; SW/4; S/2 SE/4.
SECTION 6: N/2; SE/4; N/2 SW/4; SE/4 SW/4; N/2 SW/4 SW/4; SE/4 SW/4 SW/4.
SECTION 7: ENTIRE SECTION.
SECTION 8: W/2 W/2 NW/4; NW/4 SW/4.
SECTION 9: ENTIRE SECTION LESS 1 ACRE DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHEAST CORNER OF THE NW/4 NW/4, THENCE WEST ALONG THE NORTH LINE OF SECTION 9 A DISTANCE OF 196.2 FEET, THENCE SOUTH 204 FEET TO NORTH BOUNDARY LINE OF L&A RAILWAY RIGHT OF WAY, THENCE SOUTHEASTERLY ALONG SAID RIGHT OF WAY TO THE EAST LINE OF THE NW/4 NW/4 OF SECTION 9, THENCE NORTH ALONG SAID EAST LINE 240 FEET TO THE POINT OF BEGINNING.
SECTION 10: NW/4; N/2 SW/4; W/2 SW/4 SW/4; SE/4.
SECTION 11: ENTIRE SECTION.
SECTION 14: NE/4; N/2 NW/4; E/2 SE/4 NW/4; SE/4 SW/4; N/2 SE/4 LESS 2 ACRES IN SOUTHWEST CORNER OF NE/4 SE/4 RETAINED BY WILLIAM BRADFORD IN CONVEYANCE BOOK "K", PAGE 438, IN THE RECORDS OF GRANT PARISH, LOUISIANA; W/2 SW/4 SE/4.
SECTION 15: N/2; N/2 S/2.
SECTION 16: ENTIRE SECTION.
SECTION 17: E/2 NE/4; NW/4 NW/4; W/2 SW/4; SE/4 SW/4; NE/4 SE/4; S/2 S/2 NE/4 W/4; S/2 SE/4.
SECTION 18: NE/4 NW/4; S 5/8 NW/4 SW/4; S/2 S/2.
SECTION 19: ENTIRE SECTION.
SECTION 20: ENTIRE SECTION.
SECTION 21: ENTIRE SECTION.
SECTION 22: S/2 S/2 NW/4 NE/4; NW/4 NE/4 NW/4; S/2 NE/4 NW/4; NW/4 NW/4; S/2 NW/4; SW/4 NE/4; S/2.
SECTION 23: N/2 NE/4; NE/4 NW/4; S/2 N/2; S/2.
SECTION 24: SW/4 SW/4.
SECTION 25: NE/4 NE/4; NW/4 NW/4; S/2 N/2; S/2.
SECTION 26: ENTIRE SECTION.
SECTION 27: ENTIRE SECTION.
SECTION 28: N/2; N/2 S/2; SE/4 SW/4; S/2 SE/4.
SECTION 29: ENTIRE SECTION.
SECTION 30: NE/4; N/2 NW/4; SW/4 NW/4; NW/4 SE/4; SE/4 SE/4.
SECTION 31: ENTIRE SECTION.
SECTION 32: S/2 NE/4; E/2 NW/4; S/2.
SECTION 33: N/2 NE/4; SW/4 NE/4; NE/4 NW/4; S/2 NW/4; SW/4; NE/4 SE/4.
SECTION 34: NE/4 NE/4; N/2 NW/4 NE/4; SE/4 NW/4 NE/4; NE/4 NW/4; N/2 SE/4; SE/4 SE/4.
SECTION 35: N/2 N/2; SE/4 NE/4; SW/4; S/2 SE/4.
SECTION 36: E/2; N/2 NW/4; E/2 SW/4.

**TOWNSHIP 9 NORTH, RANGE 2 WEST**

SECTION 1: ENTIRE SECTION.
SECTION 2: NE/4 NE/4; S/2 S/2.
SECTION 3: N/2; NE/4 SW/4; SE/4.
SECTION 4: N/2 NW/4; SE/4 NW/4; NE/4 SE/4; S/2 SE/4.
SECTION 5: N/2 NW/4; SW/4 NW/4; SW/4.
SECTION 6: E/2; NE/4 SW/4.
SECTION 7: FRACTIONAL S/2 S/2.
SECTION 8: E/2 E/2; SW/4 SE/4; S/2 SW/4.
SECTION 37: FRACTIONAL SECTION, OTHERWISE DESCRIBED AS N/2 S/2 OF SECTION 7, AND N/2 SW/4, NW/4, W/2 NE/4 AND NW/4 SE/4 OF SECTION 8.
SECTION 9: NW/4 NE/4; S/2 NE/4; W/2; SE/4.
SECTION 10: S/2 NW/4; S/2.
SECTION 11: N/2 NE/4; NE/4 NW/4; N/2 SE/4 NW/4; W/2 SW/4; SE/4 SW/4; W/2 SE/4; SE/4 SE/4.
SECTION 12: NE/4; E/2 NW/4; N/2 SE/4; SE/4 SE/4.
SECTION 13: NE/4 NE/4; NW/4; S/2.
SECTION 14: ENTIRE SECTION.
SECTION 15: ENTIRE SECTION.
SECTION 16: ENTIRE SECTION.
SECTION 17: ENTIRE SECTION.
SECTION 18: N/2; N/2 SW/4; SE/4.
SECTION 19: W/2; W/2 SE/4; SE/4 SE/4.
SECTION 20: NE/4; N/2 NW/4; SE/4 NW/4; S/2.
SECTION 21: ENTIRE SECTION.
SECTION 22: ENTIRE SECTION.
SECTION 23: ENTIRE SECTION.
SECTION 24: ENTIRE SECTION.
SECTION 25: ENTIRE SECTION.
SECTION 26: ENTIRE SECTION.
SECTION 27: ENTIRE SECTION.
SECTION 28: N/2; SW/4; N/2 SE/4; SW/4 SE/4.
SECTION 29: ENTIRE SECTION.
SECTION 30: SW/4 NW/4; N/2 SE/4; SE/4 SE/4.
SECTION 31: E/2 NE/4; NW/4 NW/4; S/2 NW/4; N/2 SW/4; SE/4 SW/4; SE/4.
SECTION 32: N/2; N/2 S/2; SW/4 SE/4.
SECTION 33: N/2; NW/4 SW/4; SE/4 SE/4.
SECTION 34: N/2; E/2 SW/4; SE/4.
SECTION 35: ENTIRE SECTION.
SECTION 36: NW/4 NE/4; S/2 NE/4; W/2; SE/4.

CONTAINING 56,562.86 ACRES, MORE OR LESS, IN GRANT PARISH.

## NATCHITOCHES PARISH, LOUISIANA

### TOWNSHIP 11 NORTH, RANGE 5 WEST

SECTION 4: ALL OF E/2 AND E/2 W/2 WEST OF SALINE BAYOU.

### TOWNSHIP 12 NORTH, RANGE 5 WEST

SECTION 5: ALL OF W/2 E/2 AND W/2 LYING WEST OF SALINE BAYOU.
SECTION 6: NE/4 NW/4; W/2 NW/4; SW/4; E/2.
SECTION 8: ALL THAT PART OF E/2 LYING WEST OF SALINE BAYOU.
SECTION 9: ALL THAT PART OF W/2 SW/4 LYING WEST OF SALINE BAYOU.
SECTION 16: ENTIRE SECTION LYING WEST OF SALINE BAYOU.
SECTION 17: E/2 SE/4.
SECTION 18: SW/4 SE/4; SE/4 SW/4.
SECTION 19: SE/4 NE/4; W/2 NE/4; N/2 SE/4; E/2 W/2.
SECTION 28: ALL THAT PART OF S/2 SW/4 LYING WEST OF SALINE BAYOU.
SECTION 29: SW/4 NE/4; W/2 SE/4.
SECTION 30: SW/4 SE/4; NW/4; SE/4 SW/4; NW/4 SW/4.
SECTION 31: NW/4 NE/4.
SECTION 32: NE/4.
SECTION 33: ENTIRE SECTION LYING WEST OF SALINE BAYOU.

### TOWNSHIP 12 NORTH, RANGE 6 WEST

SECTION 1: SW/4 NE/4; SE/4 NW/4; S/2.
SECTION 2: N/2 N/2; SE/4; S/2 SW/4.
SECTION 3: S/2 NW/4 SE/4; SW/4 SE/4; SE/4 SW/4.
SECTION 4: 23 ACRES ON SOUTH SIDE OF NE/4 SE/4; S/2 SE/4; N/2 NW/4; E/2 SW/4; SW/4 SW/4.
SECTION 8: E/2 NE/4; NW/4 NE/4.
SECTION 9: E/2; NW/4; E/2 SW/4; NW/4 SW/4.
SECTION 10: E/2; NW/4; E/2 SW/4; SW/4 SW/4.
SECTION 11: ENTIRE SECTION.
SECTION 12: NW/4 NE/4; NW/4 SE/4; W/2.
SECTION 13: SE/4 NW/4; W/2 NW/4; S/2.
SECTION 14: E/2; NW/4; N/2 SW/4; SE/4 SW/4; N/2 SW/4 SW/4.
SECTION 15: ENTIRE SECTION.
SECTION 16: NE/4 NE/4.
SECTION 22: SE/4 NE/4; W/2 NE/4; S/2.
SECTION 24: NW/4 NE/4; N/2 NW/4.

**TOWNSHIP 13 NORTH, RANGE 5 WEST**

SECTION 7: ALL OF S/2 SW/4 LYING WEST OF SALINE BAYOU.
SECTION 18: THAT PART OF SE/4, E/2 NW/4 AND NW/4 NW/4 LYING WEST OF SALINE BAYOU.
SECTION 19: THAT PART OF NW/4 NW/4, SW/4, W/2 E/2, SE/4 SE/4 AND E/2 NE/4 LYING WEST OF SALINE BAYOU.
SECTION 30: W/2 NE/4; SE/4; W/2.
SECTION 31: ENTIRE SECTION.
SECTION 32: THAT PART OF W/2 LYING WEST OF SALINE BAYOU.

**TOWNSHIP 13 NORTH, RANGE 6 WEST**

SECTION 1: W/2.
SECTION 2: E/2 E/2; W/2 NE/4; SW/4 SE/4; E/2 W/2; NW/4 NW/4.
SECTION 4: SW/4.
SECTION 5: S/2 NE/4 NE/4; SE/4 NE/4; W/2 NE/4 SE/4; S/2 SE/4.
SECTION 6: 16 ACRES IN A SQUARE IN THE NORTHWEST CORNER OF THE NW/4 NE/4; 2 ACRES IN A SQUARE IN THE SOUTHEAST CORNER OF THE SW/4 NE/4; SW/4 SE/4; S/2 NW/4 SE/4; NE/4 NW/4 SE/4; W/2.
SECTION 7: NE/4 SE/4; NE/4; W/2.
SECTION 8: E/2 NE/4; SW/4 SE/4; NW/4; E/2 SW/4; NW/4 SW/4.
SECTION 9: NW/4 NW/4.
SECTION 10: SE/4; NE/4 SW/4; W/2 SW/4; 27 ACRES IN THE NW/4 MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF THE NW/4, THENCE EAST 166 YARDS FOR A POINT OF BEGINNING, THENCE EAST 350 YARDS, THENCE NORTH 372 YARDS, THENCE WEST 350 YARDS, THENCE SOUTH 372 YARDS TO THE POINT OF BEGINNING.
SECTION 11: E/2 NE/4; NW/4 NE/4; N/2 SW/4 NE/4; SE/4 SE/4; NE/4 NW/4; N/2 SE/4 NW/4; SW/4 NW/4.
SECTION 12: NE/4 SE/4; W/2 E/2; NW/4; NE/4 SW/4; SW/4 SW/4.
SECTION 13: E/2; SE/4 SW/4; W/2 SW/4.
SECTION 14: NE/4 SE/4; S/2 S/2.
SECTION 15: N/2 NW/4 NW/4.
SECTION 17: NW/4 NW/4 LESS 1 ACRE IN A SQUARE IN THE SOUTHEAST CORNER.
SECTION 18: NE/4 LESS THE SOUTH 30 ACRES; N/2 NW/4; NW/4 SW/4; NE/4 SW/4 LESS 4 ACRES IN A SQUARE IN THE SOUTHEAST CORNER; SE/4 NW/4 LESS 2 ACRES IN A SQUARE IN THE NORTHWEST CORNER, AND LESS 3 ACRES DESCRIBED AS BEGINNING AT A POINT 295 FEET SOUTH OF THE NORTHWEST CORNER OF SAID FORTY ACRES, RUN THENCE EAST 210 YARDS, THENCE SOUTH 70 YARDS, THENCE WEST 210 YARDS, THENCE

NORTH 70 YARDS TO THE POINT OF BEGINNING.
SECTION 19: NE/4; SE/4 SE/4; W/2 SE/4; E/2 W/2; W/2 SW/4; SW/4 NW/4.
SECTION 20: E/2 SW/4; N/2 NE/4 LESS RIGHT OF WAY OF L & NW RAILROAD.
SECTION 23: NW/4 NE/4; E/2 SE/4; SW/4 SE/4.
SECTION 24: ENTIRE SECTION.
SECTION 25: ENTIRE SECTION.
SECTION 26: E/2; SE/4 NW/4; SW/4.
SECTION 27: SE/4 NE/4; S/2.
SECTION 28: N/2 NE/4; NW/4 SE/4; S/2 NW/4; SW/4.
SECTION 32: N/2; NW/4 SW/4; N/2 SE/4.
SECTION 33: N/2 NE/4; W/2.
SECTION 34: E/2; NW/4; N/2 SW/4.
SECTION 35: ENTIRE SECTION.
SECTION 36: W/2 NE/4; SE/4 NE/4; SE/4; W/2.

**TOWNSHIP 13 NORTH, RANGE 7 WEST**

SECTION 1: E/2 E/2; NW/4 SE/4; N/2 NW/4; NE/4 SW/4; W/2 SE/4 SW/4; W/2 SW/4.
SECTION 2: E/2 NE/4; NW/4 NE/4; 14 ACRES IN A SQUARE IN THE SOUTHEAST CORNER OF NE/4 SE/4; S/2 SE/4; W/2.
SECTION 10: SE/4 NE/4; E/2 SE/4; E/2 SW/4 SE/4; E/2 SW/4 NE/4; NW/4 SW/4 NE/4.
SECTION 11: ENTIRE SECTION.
SECTION 12: E/2 NE/4; SW/4 NE/4; W/2 SE/4; SE/4 NW/4; W/2 NW/4; SW/4.
SECTION 13: W/2 SW/4; SW/4 NW/4; E/2 NE/4; NE/4 SE/4; SW/4 SE/4.
SECTION 14: NE/4 SE/4; SE/4 NE/4; W/2 E/2; E/2 W/2; W/2 NW/4; NW/4 SW/4.
SECTION 15: E/2 NE/4; NE/4 SE/4.
SECTION 23: N/2 NE/4; E/2 NW/4.
SECTION 24: SE/4; S/2 NE/4.

CONTAINING 25,024.17 ACRES, MORE OR LESS, IN NATCHITOCHES PARISH.

**WINN PARISH, LOUISIANA**

**TOWNSHIP 9 NORTH, RANGE 3 WEST**

SECTION 1: W/2 NE/4; NW/4; S/2.
SECTION 2: NW/4 NW/4; S/2 NW/4; S/2 SE/4.
SECTION 3: E/2 NE/4; W/2 SE/4 SE/4.
SECTION 7: NW/4 NE/4.
SECTION 10: SE/4 SE/4.
SECTION 11: FRACTIONAL E/2 E/2; NW/4 NE/4; E/2 NW/4; SE/4 SW/4; SW/4 SE/4.
SECTION 12: ENTIRE SECTION.
SECTION 37: ENTIRE SECTION.

SECTION 13: ENTIRE SECTION.
SECTION 14: NE/4; N/2 SE/4; SE/4 SE/4.
SECTION 15: E/2 NE/4; NE/4 SE/4.
SECTION 21: NE/4 LESS 20 ACRES ON WEST SIDE.
SECTION 22: SE/4 NE/4; SW/4 NW/4; E/2 SE/4; SW/4 SE/4; NW/4 SE/4 LESS 11.80 ACRES NORTH AND WEST OF TRAVERSE LINE DESCRIBED AS FOLLOWS: BEGIN AT A POINT 283 FEET NORTH OF THE SOUTHWEST CORNER OF SAID 40 ACRE TRACT AND RUN THENCE NORTH 62.5 DEGREES EAST 485 FEET, THENCE NORTH 40 DEGREES EAST 292 FEET, THENCE NORTH 31.5 DEGREES EAST 312 FEET, THENCE NORTH 2 DEGREES EAST 206 FEET, THENCE NORTH 10 DEGREES WEST 144 FEET TO A POINT ON THE NORTH BOUNDARY LINE OF SAID FORTY 578 FEET WEST OF THE NORTHEAST CORNER OF SAID FORTY; SE/4 SW/4 LESS 5.2 ACRES NORTH AND WEST OF TRAVERSE LINE DESCRIBED AS FOLLOWS: BEGIN AT A POINT ON THE WEST SIDE OF SAID FORTY 675 FEET NORTH OF THE SOUTH SECTION LINE AND RUN THENCE NORTH 43.5 DEGREES EAST 625 FEET, THENCE NORTH 62 DEGREES EAST 445 FEET TO A POINT ON THE NORTH BOUNDARY LINE OF SAID FORTY 520 FEET WEST OF THE NORTHEAST CORNER OF SAID FORTY; SW/4 SW/4 LESS 10.10 ACRES NORTH AND EAST OF A TRAVERSE LINE DESCRIBED AS FOLLOWS: BEGIN AT A POINT 609 FEET EAST OF THE NORTHWEST CORNER OF THE SAID FORTY AND RUN THENCE SOUTH 33.5 DEGREES EAST 329 FEET, THENCE SOUTH 55 DEGREES WEST 180 FEET, THENCE SOUTH 34.5 DEGREES EAST 390 FEET, THENCE SOUTH 71 DEGREES EAST 350 FEET, THENCE NORTH 60 DEGREES EAST 100 FEET, THENCE NORTH 38 DEGREES EAST 135 FEET TO A POINT ON THE EAST SIDE 675 FEET NORTH OF THE SOUTH LINE OF THE SECTION.
SECTION 23: SE/4 NE/4; N/2 SE/4; SE/4 SE/4; E/2 NW/4; SW/4 NW/4; N/2 SW/4; SW/4 SW/4.
SECTION 24: E/2; E/2 W/2; W/2 SW/4; SW/4 NW/4; NW/4 NW/4 LESS A TRACT CONTAINING 2.53 ACRES MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE NORTHWEST CORNER OF THE SECTION AND RUN EAST ALONG THE NORTH BOUNDARY LINE 113 YARDS AND THENCE SOUTH 85 YARDS TO THE NORTHWEST CORNER OF THE TRACT FOR A POINT OF BEGINNING, RUN THENCE SOUTH 175 YARDS, THENCE EAST 70 YARDS, THENCE NORTH 175 YARDS, THENCE WEST 70 YARDS TO THE POINT OF BEGINNING, THE TRACT EXCEPTED HAVING BEEN SOLD IN DEEDS OF CONVEYANCE RECORDED IN BOOK "Q", PAGE 480, AND BOOK "U", PAGE 305 OF THE CONVEYANCE RECORDS OF WINN PARISH, LOUISIANA.
SECTION 25: ENTIRE SECTION.
SECTION 26: E/2 NE/4; W/2 NW/4; S/2; NE/4 NW/4 LESS 1 ACRE RESERVED FOR A GRAVEYARD AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE NORTHWEST CORNER OF THE SE/4 NW/4 AND RUN DUE NORTH 200 FEET FOR THE POINT OF BEGINNING, RUN THENCE DUE

EAST 210 FEET, THENCE DUE NORTH 210 FEET, THENCE DUE WEST 210 FEET, THENCE DUE SOUTH 210 FEET TO THE POINT OF BEGINNING.
SECTION 27: ENTIRE SECTION.
SECTION 34: ENTIRE SECTION.
SECTION 35: W/2 NE/4; SE/4; W/2.
SECTION 36: NE/4; NE/4 NW/4; W/2 SW/4.

**TOWNSHIP 9 NORTH, RANGE 5 WEST**

SECTION 3: ENTIRE SECTION.
SECTION 4: E/2 NE/4; W/2 NW/4; SW/4.
SECTION 5: E/2; E/2 SW/4.
SECTION 7: NE/4.
SECTION 8: E/2.
SECTION 9: ENTIRE SECTION.
SECTION 11: NE/4; SW/4 SE/4; W/2.
SECTION 13: S/2 SE/4; NW/4 SW/4; SE/4 SW/4.
SECTION 16: NE/4 SW/4; W/2 SW/4.
SECTION 20: W/2 SE/4; E/2 SW/4.
SECTION 21: W/2 W/2 NE/4 NW/4; W/2 NW/4; SW/4.
SECTION 22: SE/4 SW/4; S/2 NE/4 SW/4.
SECTION 27: N/2 N/2; SE/4 NE/4; SE/4 NW/4.
SECTION 28: N/2 NW/4 NW/4.
SECTION 30: E/2 SE/4; NW/4 SE/4.

**TOWNSHIP 9 NORTH, RANGE 6 WEST**

SECTION 25: NE/4.

**TOWNSHIP 10 NORTH, RANGE 1 WEST**

SECTION 19: NW/4 SW/4; S/2 S/2; NE/4 SE/4.
SECTION 20: E/2 NE/4; E/2 NW/4; NE/4 SE/4.
SECTION 21: N/2.
SECTION 28: N/2 NW/4; SE/4 NW/4; S/2 NW/4 SW/4; S/2 SW/4.
SECTION 29: E/2; N/2 NW/4; SW/4.
SECTION 30: SW/4; NW/4 SE/4.
SECTION 31: NE/4 NE/4; S/2 NE/4; NW/4 NW/4; S/2 NW/4; S/2.
SECTION 33: N/2; NW/4 SW/4; N/2 SW/4 SW/4; SE/4 SW/4; NW/4 SE/4; W 3/4 SE/4 SE/4.

**TOWNSHIP 10 NORTH, RANGE 2 WEST**

SECTION 7: SE/4 NE/4; NE/4 SW/4; S/2 SW/4; SE/4 LESS 8.21 ACRES OF THE ARKANSAS SOUTHERN EXTENSION RAILWAY COMPANY RIGHT OF

WAY.

SECTION 8: E/2 NE/4; E/2 NE/4 SE/4; W/2 NW/4 SE/4 LESS .71 ACRES OF THE LOUISIANA & ARKANSAS RAILWAY COMPANY RIGHT OF WAY.

SECTION 9: NW/4 NE/4; S/2 NE/4; NW/4; N/2 SW/4; SE/4 SW/4; W/2 SE/4.

SECTION 10: W/2 SW/4; NE/4 SE/4.

SECTION 11: NW/4 SW/4; S/2 SW/4.

SECTION 13: SW/4 SE/4.

SECTION 14: NW/4 NW/4; NE/4 SW/4; SW/4 SE/4.

SECTION 15: NW/4.

SECTION 16: NE/4; E/2 NW/4; SE/4 SW/4.

SECTION 17: W/2 NE/4; W/2; SE/4 LESS 2.97 ACRES OF THE LOUISIANA & ARKANSAS RAILWAY COMPANY RIGHT OF WAY AND LESS 7.50 ACRES OF THE ARKANSAS SOUTHERN EXTENSION RAILWAY COMPANY RIGHT OF WAY.

SECTION 19: NE/4; E/2 NW/4; SW/4; NW/4 SE/4; S/2 SE/4.

SECTION 20: NE/4 SW/4.

SECTION 21: NE/4; SE/4 NW/4; S/2 LESS 6.12 ACRES OF THE LOUISIANA & ARKANSAS RAILWAY COMPANY RIGHT OF WAY.

SECTION 23: NW/4 NE/4; S/2 NE/4; W/2; SE/4.

SECTION 24: NW/4 NE/4; S/2 NE/4.

SECTION 25: ENTIRE SECTION.

SECTION 26: NE/4 NE/4; W/2 E/2; W/2; E/2 SE/4.

SECTION 27: ENTIRE SECTION.

SECTION 28: NE/4.

SECTION 29: SW/4 NE/4; W/2; NW/4 SE/4; S/2 SE/4 LESS 10.07 ACRES OF THE ROCK ISLAND ARKANSAS AND LOUISIANA RAILROAD COMPANY RIGHT OF WAY AND LESS 12.30 ACRES OF THE ARKANSAS SOUTHERN EXTENSION RAILWAY COMPANY RIGHT OF WAY.

SECTION 31: NE/4 NE/4; NW/4 NW/4; S/2 N/2; S/2.

SECTION 32: E/2 E/2; E/2 W/2; SW/4 NW/4 LESS 3.72 ACRES OF THE ROCK ISLAND ARKANSAS AND LOUISIANA RAILROAD COMPANY RIGHT OF WAY.

SECTION 33: NE/4; SW/4 NW/4; W/2 SW/4; NE/4 SE/4; E/2 SE/4 SE/4 LESS 3.31 ACRES OF THE ROCK ISLAND ARKANSAS AND LOUISIANA RAILWAY COMPANY RIGHT OF WAY.

SECTION 34: SW/4 SW/4.

SECTION 35: NE/4 NE/4; N/2 NW/4; S/2 N/2; S/2.

SECTION 36: NW/4 NE/4; N/2 NW/4; SW/4 NW/4; S/2; NE/4 NE/4 LESS 7 ACRES MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT A POINT ON THE SOUTH LINE OF THE SAID FORTY 220 YARDS WEST OF THE SOUTHEAST CORNER, RUN THENCE NORTH 154 YARDS, THENCE WEST 220 YARDS, THENCE SOUTH 154 YARDS, THENCE EAST 220 YARDS TO THE POINT OF BEGINNING.

**TOWNSHIP 10 NORTH, RANGE 3 WEST**

SECTION 9: NE/4 NE/4.
SECTION 10: NW/4 NW/4.
SECTION 25: ENTIRE SECTION.
SECTION 26: E/2 NE/4; S/2 NW/4.
SECTION 35: W/2 NE/4; NW/4; N/2 SW/4; SW/4 SW/4; NW/4 SE/4.
SECTION 36: E/2; SE/4 SW/4.

**TOWNSHIP 10 NORTH, RANGE 4 WEST**

SECTION 1: ENTIRE SECTION.
SECTION 2: W/2 NE/4; E/2 NW/4.
SECTION 3: ENTIRE SECTION.
SECTION 5: ENTIRE SECTION.
SECTION 6: E/2; E/2 NW/4; SW/4 NW/4; SW/4.
SECTION 7: ENTIRE SECTION.
SECTION 9: ENTIRE SECTION.
SECTION 11: E/2 NE/4; SW/4 NE/4; SE/4 NW/4; W/2 NW/4; S/2.
SECTION 17: ENTIRE SECTION.
SECTION 19: E/2; SE/4 NW/4; W/2 NW/4; SW/4.
SECTION 20: ENTIRE SECTION.
SECTION 21: SE/4 NE/4; W/2 NE/4; NE/4 SE/4; W/2.
SECTION 28: NW/4; NE/4 SW/4.
SECTION 30: W/2 SW/4; N/2; NE/4 SE/4 LESS 2.02 ACRES IN THE SOUTHWEST CORNER IN AN OBLONG SHAPE 3.18 CHAINS EAST AND WEST BY 6.36 CHAINS NORTH AND SOUTH.

**TOWNSHIP 10 NORTH, RANGE 5 WEST**

SECTION 1: W/2 NE/4; W/2.
SECTION 2: S/2 NE/4; SE/4; N/2 NW/4; S/2 SW/4.
SECTION 3: NE/4; NE/4 SE/4; SE/4 SE/4 NW/4; W/2 SE/4 NW/4; NW/4 NW/4; NE/4 NW/4 LESS 6 ACRES MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT 5 CHAINS SOUTH OF THE NORTHWEST CORNER AND RUN THENCE EAST 4 CHAINS, THENCE SOUTH 15 CHAINS, THENCE WEST 4 CHAINS, THENCE NORTH 15 CHAINS TO THE POINT OF BEGINNING.
SECTION 4: N/2 NW/4 NE/4; NW/4 SE/4; W/2 E/2 NW/4; W/2 NW/4; SW/4.
SECTION 8: S/2 SE/4; SE/4 SW/4.
SECTION 9: SW/4 NW/4; NW/4 SW/4.
SECTION 10: NE/4; W/2 SE/4 LESS 1 ACRE IN A SQUARE IN THE NORTHWEST

CORNER; NE/4 NW/4 LESS 12 ACRES IN A SQUARE IN THE NORTHWEST CORNER; SE/4 NW/4; E/2 SW/4; NW/4 SW/4; SW/4 SW/4 LESS 4 ACRES IN A SQUARE IN THE SOUTHEAST CORNER.

SECTION 11: ENTIRE SECTION.
SECTION 12: W/2 NE/4; NW/4; N/2 SW/4; N/2 SE/4 SW/4; W/2 SW/4 SW/4.
SECTION 13: NW/4 SW/4.
SECTION 14: NE/4 SE/4; N/2 NW/4; W/2 SW/4; THAT PART OF THE SE/4 SE/4 EAST OF THE WEST PRONG OF COULEY CREEK.
SECTION 15: W/2 NE/4; S/2 SE/4; E/2 NW/4; NW/4 NW/4.
SECTION 16: NE/4.
SECTION 19: N/2 SE/4.
SECTION 20: NE/4 SW/4; SW/4 SW/4.
SECTION 22: N/2 S/2.
SECTION 23: ENTIRE SECTION.
SECTION 24: E/2; NW/4 NW/4.
SECTION 25: ENTIRE SECTION.
SECTION 26: S/2 NE/4; E/2 SE/4; NW/4 SE/4.
SECTION 28: SW/4.
SECTION 29: SE/4 SW/4; W/2 SW/4.
SECTION 32: N/2 NE/4.
SECTION 33: E/2 E/2; SW/4 SE/4; SE/4 NW/4; W/2 NW/4; SW/4.
SECTION 34: SW/4 NE/4; W/2 SE/4; S/2 NW/4; SW/4.
SECTION 35: E/2 NE/4.
SECTION 36: N/2.

**TOWNSHIP 11 NORTH, RANGE 3 WEST**

SECTION 5: W/2 SW/4.
SECTION 6: SW/4 SW/4; SE/4 SW/4 SOUTH OF GRAVEL HIGHWAY.
SECTION 7: S/2 NE/4; E/2 NW/4; N/2 NE/4 SOUTH OF GRAVEL HIGHWAY.
SECTION 8: W/2 NW/4.
SECTION 29: W/2 W/2.
SECTION 31: ENTIRE SECTION.
SECTION 32: W/2 NW/4; NW/4 SW/4.

**TOWNSHIP 11 NORTH, RANGE 4 WEST**

SECTION 1: SW/4 NE/4 LESS 2 ACRES IN NORTHWEST CORNER; SE/4 SE/4; NW/4 SE/4; SW/4 SE/4 NORTH OF L & A RAILROAD.
SECTION 3: NE/4 NW/4.
SECTION 5: SW/4.
SECTION 8: S/2 NE/4; E/2 SE/4; W/2 W/2 SE/4; SW/4 NW/4; SW/4.
SECTION 9: SE/4 NW/4; S/2.
SECTION 10: SW/4 NE/4; SE/4; S/2 NW/4; SW/4 SW/4.

SECTION 11: NE/4 NE/4; SE/4 NE/4 LESS 2 ACRES; W/2 NE/4; NE/4 SE/4; SE/4 SE/4 LESS 1 ACRE; W/2 SE/4; E/2 SW/4.
SECTION 12: NE/4 NE/4; SW/4 NE/4; S/2 NW/4.
SECTION 13: SE/4 NW/4; W/2 W/2.
SECTION 14: NW/4 NE/4; SW/4 SE/4 LESS 10 ACRES ON THE EAST SIDE; E/2 NW/4; SW/4 NW/4; SW/4.
SECTION 15: SE/4 NE/4; W/2 NE/4; SE/4; NW/4; NE/4 SW/4.
SECTION 16: E/2 NE/4; SW/4 NE/4; NE/4 SE/4; NE/4 NW/4; W/2 NW/4.
SECTION 17: ENTIRE SECTION.
SECTION 18: NE/4; SW/4.
SECTION 19: ENTIRE SECTION.
SECTION 20: ENTIRE SECTION.
SECTION 21: W/2 NE/4; SE/4; W/2.
SECTION 22: SW/4 NE/4 NE/4; N/2 NE/4 NE/4; W/2 SE/4 NE/4; W/2 NE/4, S/2.
SECTION 23: NW/4 NE/4; E/2 NW/4; NW/4 NW/4; N/2 SW/4 NW/4; SW/4; SE/4 SW/4 NW/4.
SECTION 24: W/2 NW/4; SW/4.
SECTION 25: SE/4; W/2.
SECTION 26: N/2 SE/4 NE/4; NW/4 NE/4; N/2 SW/4 NE/4; SE/4 SE/4; W/2 NW/4 SE/4; NW/4 SW/4 SE/4; S/2 SW/4 SE/4; NE/4 NW/4; SW/4; SE/4 NW/4 LESS 5 ACRES ON THE EAST SIDE.
SECTION 27: ENTIRE SECTION.
SECTION 28: ENTIRE SECTION.
SECTION 29: ENTIRE SECTION.
SECTION 30: E/2 NE/4; N/2 NW/4 NE/4; SE/4; NW/4 NW/4; NE/4 SW/4; S/2 SW/4.
SECTION 31: E/2 NE/4; NW/4 NE/4; E/2 SE/4; NE/4 NW/4; W/2 NW/4, SE/4 SW/4; NW/4 SW/4; NW/4 SE/4 LESS 12 ACRES IN A SQUARE IN THE SOUTHWEST CORNER; SW/4 SE/4 LESS 10 ACRES IN A SQUARE IN THE NORTHWEST CORNER.
SECTION 32: ENTIRE SECTION.
SECTION 33: ENTIRE SECTION.
SECTION 34: ENTIRE SECTION.
SECTION 35: E/2 NE/4; NW/4 NE/4; NE/4 SE/4; W/2.
SECTION 36: ENTIRE SECTION.

**TOWNSHIP 11 NORTH, RANGE 5 WEST**

SECTION 1: SE/4 SE/4; W/2 SE/4; W/2 NW/4; SE/4 SW/4.
SECTION 2: NE/4 NE/4; W/2 NE/4; SE/4 SE/4; NW/4; NW/4 SW/4.
SECTION 3: NE/4 SE/4; N/2; NE/4 SW/4; W/2 SW/4.
SECTION 4: ENTIRE SECTION EAST OF SALINE BAYOU.
SECTION 10: W/2 E/2; SE/4 SE/4; N/2 NW/4; SE/4 SW/4.
SECTION 11: NW/4 SE/4.
SECTION 12: SE/4 SE/4; SW/4 NW/4; NW/4 SW/4.
SECTION 13: S/2.

SECTION 14: SE/4 NE/4; E/2 SE/4; SW/4 SE/4; SE/4 NW/4; NE/4 SW/4; FRACTIONAL NW/4 SW/4; FRACTIONAL SW/4 NW/4.
SECTION 15: W/2 NW/4; FRACTIONAL SW/4 NE/4; FRACTIONAL SE/4 NW/4; FRACTIONAL S/2.
SECTION 37: THAT PART OF SAID SECTION OTHERWISE KNOWN AS EMANUEL PRUDHOMME ENTRY WITHIN THE LIMITS OF SECTIONS 14 AND 15.
SECTION 21: NE/4 NE/4.
SECTION 22: E/2; NE/4 NW/4; S/2 NE/4 SW/4; SE/4 SW/4; E/2 SW/4 SW/4; ALL THAT PART OF THE N/2 NE/4 SW/4, S/2 NW/4, NW/4 SW/4 AND W/2 SW/4 SW/4 LYING EAST OF THE MONROE-NATCHITOCHES ROAD.
SECTION 23: NE/4; W/2.
SECTION 24: ENTIRE SECTION.
SECTION 25: ENTIRE SECTION.
SECTION 26: NE/4 NE/4; NW/4 SE/4 NE/4; W/2 NW/4 NE/4; N/2 SW/4 NE/4; E/2 SE/4; SW/4 SE/4; NE/4 NW/4; N/2 NE/4 SE/4 NW/4; W/2 SE/4 NW/4; W/2 NW/4.
SECTION 27: NE/4; W/2 SE/4 SE/4; W/2 SE/4; W/2.
SECTION 28: E/2.
SECTION 33: E/2 NE/4; SW/4 NE/4; SE/4; W/2.
SECTION 34: ENTIRE SECTION.
SECTION 35: E/2; E/2 NW/4; SW/4 NW/4; SW/4.
SECTION 36: NE/4 NE/4; W/2 NE/4; SE/4; W/2.

**TOWNSHIP 12 NORTH, RANGE 3 WEST**

SECTION 30: N/2 SW/4 NW/4; NE/4 SW/4.
SECTION 31: S/2 NW/4; W/2 SW/4.

**TOWNSHIP 12 NORTH, RANGE 4 WEST**

SECTION 6: SE/4 SE/4; W/2 SE/4; NE/4 NW/4; W/2 NW/4; SW/4.
SECTION 7: ENTIRE SECTION.
SECTION 8: SW/4.
SECTION 16: THAT PART OF N/2 LYING WEST OF DUGDEMONIA BAYOU; SE/4 SE/4; NW/4 SW/4; NW/4 SE/4; THAT PART OF NE/4 SE/4 LYING SOUTHWEST OF DUGDEMONIA BAYOU.
SECTION 17: S/2 NW/4 NE/4; SW/4 NE/4; SW/4 SE/4; S/2 NE/4 NW/4; SE/4 NW/4; W/2 NW/4; SW/4.
SECTION 18: ENTIRE SECTION.
SECTION 19: ENTIRE SECTION.
SECTION 20: NE/4 NE/4; W/2 NE/4; SE/4; W/2.
SECTION 21: SW/4 SW/4.
SECTION 22: E/2 SE/4.
SECTION 23: S/2 NW/4 SW/4; SW/4 SW/4.
SECTION 25: S/2 NE/4; E/2 NW/4.

SECTION 26: SE/4; S/2 SW/4.
SECTION 27: NE/4 SE/4 LESS 3 ACRES MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE SOUTHEAST CORNER OF SAID FORTY, RUN THENCE WEST 9 CHAINS AND 50 LINKS,THENCE NORTH 7 CHAINS AND 50 LINKS FOR A POINT OF BEGINNING, RUN THENCE WEST 5 CHAINS, THENCE NORTH 6 CHAINS, THENCE EAST 5 CHAINS, THENCE SOUTH 6 CHAINS TO THE POINT OF BEGINNING.
SECTION 28: W/2 SE/4 SE/4; W/2 NW/4 NW/4; S/2 SW/4.
SECTION 29: ENTIRE SECTION.
SECTION 30: N/2.
SECTION 33: E/2 NE/4; SW/4 NE/4; NE/4 NW/4; W/2 NW/4; S/2.
SECTION 34: NE/4; N/2 SE/4; E/2 NW/4; SW/4 NW/4; S/2 NE/4 SW/4; N/2 SE/4 SW/4; W/2 SW/4.
SECTION 35: NE/4; S/2 NE/4 SE/4; N/2 SE/4 SE/4; NW/4 SE/4; W/2 NW/4 NW/4; NE/4 SW/4; W/2 SW/4.
SECTION 36: E/2 NE/4; SW/4 NE/4; NW/4 SE/4; SE/4 NW/4; W/2 NW/4; N/2 SW/4.

**TOWNSHIP 12 NORTH, RANGE 5 WEST**

SECTION 1: ENTIRE SECTION.
SECTION 2: ENTIRE SECTION.
SECTION 3: E/2; E/2 NW/4; S/2 SW/4.
SECTION 4: SE/4; W/2.
SECTION 5: ALL OF E/2 LYING EAST OF SALINE BAYOU.
SECTION 8: ALL OF E/2 LYING EAST OF SALINE BAYOU.
SECTION 9: E/2; NW/4; E/2 SW/4; ALL OF W/2 SW/4 LYING EAST OF SALINE BAYOU.
SECTION 10: N/2; SE/4 SE/4.
SECTION 11: ENTIRE SECTION.
SECTION 12: ENTIRE SECTION.
SECTION 13: ENTIRE SECTION.
SECTION 14: E/2; NW/4; N/2 SW/4; SE/4 SW/4; N/2 SW/4 SW/4.
SECTION 15: E/2 NE/4; SW/4 NE/4; SE/4; S/2 SW/4.
SECTION 16: ENTIRE SECTION LYING EAST OF SALINE BAYOU.
SECTION 22: W/2 NE/4 NE/4; NW/4 NE/4; NE/4 NW/4; W/2 W/2; SE/4 NW/4 LESS 5 ACRES IN A SQUARE IN THE SOUTHEAST CORNER; NE/4 SW/4 LESS 3 ACRES IN A SQUARE IN THE NORTHEAST CORNER, ALSO LESS 2 ACRES DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF THE NE/4 SW/4, RUN THENCE NORTH ALONG THE WEST LINE OF THE FORTY 110 YARDS, THENCE EAST 154 YARDS FOR A POINT OF BEGINNING, THENCE NORTH 140 YARDS, THENCE EAST 70 YARDS, THENCE SOUTH 140 YARDS, THENCE WEST 70 YARDS TO THE POINT OF BEGINNING.
SECTION 23: E/2; E/2 NW/4; SW/4 NW/4; SW/4.
SECTION 24: ENTIRE SECTION.

SECTION 25: ENTIRE SECTION.
SECTION 26: NE/4 NE/4; N/2 SE/4 NE/4; W/2 E/2; W/2.
SECTION 27: E/2; NW/4; E/2 SW/4.
SECTION 28: SW/4 SE/4; THAT PART OF S/2 SW/4 LYING EAST OF SALINE BAYOU.
SECTION 29: E/2 SE/4.
SECTION 33: ENTIRE SECTION LYING EAST OF SALINE BAYOU.
SECTION 34: W/2 SE/4 NE/4; W/2 NE/4; E/2 SE/4; SW/4 SE/4; S/2 NW/4 NW/4; SW/4 NW/4; W/2 SW/4; SE/4 SW/4; THAT PART OF NE/4 NW/4 MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE NORTHWEST CORNER OF THE SECTION AND RUN THENCE NORTH 88 DEGREES 16 MINUTES EAST 1298 FEET FOR A POINT OF BEGINNING, THENCE CONTINUE NORTH 88 DEGREES 16 MINUTES EAST 1298 FEET, THENCE DUE SOUTH 860 FEET, THENCE NORTH 58 DEGREES WEST 1530 FEET ALONG THE NORTH SIDE OF RIGHT OF WAY OF THE L & A RAILWAY, THENCE DUE NORTH 10 FEET TO THE POINT OF BEGINNING.
SECTION 35: NW/4 NW/4; E/2 SW/4 NW/4.

**TOWNSHIP 13 NORTH, RANGE 4 WEST**

SECTION 6: W/2 SW/4.
SECTION 18: SW/4 NW/4; SE/4 SW/4; NW/4 SW/4; W/2 SW/4 SW/4.
SECTION 31: N/2 NE/4.

**TOWNSHIP 13 NORTH, RANGE 5 WEST**

SECTION 1: SW/4 NE/4; S/2 NE/4 SE/4; SE/4 SE/4; SE/4 NW/4 SE/4; SW/4 SE/4; SE/4 NW/4; SE/4 SW/4; NW/4 SW/4.
SECTION 2: E/2 E/2; SW/4 NE/4; S/2 NW/4 SE/4; SW/4 SE/4; NW/4; S/2 S/2 SW/4.
SECTION 3: ENTIRE SECTION.
SECTION 4: ENTIRE SECTION.
SECTION 5: E/2; E/2 W/2; NW/4 NW/4.
SECTION 6: E/2 NE/4; NW/4 SW/4.
SECTION 7: SW/4 SE/4; NE/4 SW/4; THAT PART OF S/2 SW/4 LYING EAST OF SALINE BAYOU.
SECTION 8: E/2 NE/4; NW/4 NE/4; SW/4 SE/4.
SECTION 9: ENTIRE SECTION.
SECTION 10: NE/4; NE/4 SE/4; W/2 SE/4; W/2.
SECTION 11: SE/4 NE/4 LESS 2 ACRES IN A SQUARE IN THE NORTHEAST CORNER SOLD TO WINN PARISH SCHOOL BOARD; SW/4 NE/4; S/2 NE/4 SE/4; NW/4 NE/4 SE/4; SE/4 SE/4 SE/4; W/2 SE/4 SE/4; W/2 SE/4; NW/4; E/2 SW/4; NW/4 SW/4; E/2 SW/4 SW/4.
SECTION 12: NE/4; NE/4 SE/4; SW/4 SE/4; SE/4 SW/4.
SECTION 13: SE/4 NE/4; W/2 NE/4; NE/4 SE/4; N/2 SE/4 SE/4; W/2 SE/4; E/2 NW/4; SW/4.
SECTION 14: S/2 NE/4; SE/4; E/2 NW/4; SW/4 NW/4; E/2 SW/4; NW/4 SW/4.

SECTION 15: S/2 NE/4; SE/4; W/2 NW/4; SW/4.

SECTION 16: E/2; NW/4; N/2 SW/4; E/2 SE/4 SW/4.

SECTION 17: NE/4; N/2 NE/4 SE/4; NW/4 SE/4; SE/4 NW/4; SW/4; SW/4 SE/4 LESS 5 ACRES IN A SQUARE IN THE SOUTHWEST CORNER; NE/4 NW/4 LESS 1 ACRE MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT A POINT 100 YARDS NORTH OF THE SOUTHWEST CORNER OF THE NE/4 NW/4, RUN THENCE NORTH 70 YARDS, THENCE EAST 70 YARDS, THENCE SOUTH 70 YARDS, THENCE WEST 70 YARDS TO THE POINT OF BEGINNING.

SECTION 18: W/2 NE/4; NE/4 SE/4; THAT PART OF THE SE/4 SE/4, SW/4 SE/4, NW/4 SE/4, NE/4 NW/4, NW/4 NW/4 AND SE/4 NW/4 LYING EAST OF SALINE BAYOU.

SECTION 19: ALL OF E/2 NE/4 LYING EAST OF SALINE BAYOU.

SECTION 20: SE/4 SE/4; W/2 NW/4; NE/4 SE/4 LESS THE WEST 120 YARDS ACROSS SAID FORTY ACRES; SW/4 SE/4 LESS 8 ACRES IN A SQUARE IN THE NORTHEAST CORNER OF SAID FORTY.

SECTION 21: E/2; E/2 NW/4; E 3/4 SW/4 NW/4; SW/4.

SECTION 22: NE/4 NE/4 LESS 3 ACRES IN A SQUARE IN THE SOUTHEAST CORNER; W/2 NE/4; SE/4 NE/4; SE/4; W/2.

SECTION 23: E/2; E/2 NW/4; SW/4 NW/4; SW/4.

SECTION 24: S/2 NE/4; S/2; E/2 NW/4; NW/4 NW/4.

SECTION 25: E/2 SW/4 SE/4; E/2 NW/4; W/2 NE/4 LESS 15 ACRES ON THE WEST SIDE DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF NW/4 NE/4, RUN THENCE DUE EAST 10 CHAINS, THENCE NORTH 15 CHAINS, THENCE WEST 10 CHAINS, THENCE SOUTH 15 CHAINS TO THE POINT OF BEGINNING.

SECTION 26: ENTIRE SECTION.

SECTION 27: NE/4 NE/4; N/2 SE/4 NE/4; W/2 NE/4; NE/4 NE/4 SE/4; S/2 NE/4 SE/4; S/2 SE/4; W/2 NW/4 SE/4; NE/4 NW/4; W/2 NW/4; S/2 SE/4 SW/4; 5 ACRES IN A SQUARE IN THE SOUTHEAST CORNER OF SW/4 SW/4.

SECTION 28: NE/4; N/2 SE/4 SE/4; SW/4 SE/4; E/2 NW/4; NW/4 NW/4; N/2 NE/4 SW/4; NW/4 SW/4 LESS 10 ACRES IN A SQUARE IN THE NORTHWEST CORNER; W/2 SW/4 SW/4.

SECTION 29: NE/4 NE/4; W/2 NE/4; SE/4; ALL THAT PART OF THE W/2 LYING EAST OF SALINE BAYOU.

SECTION 32: ENTIRE SECTION LYING EAST OF SALINE BAYOU.

SECTION 33: S/2 NE/4 NE/4; SE/4 NE/4; NW/4 NE/4; N/2 SW/4 NE/4; SW/4 SW/4 NE/4; NE/4 SE/4; SE/4 SE/4 LESS 5.50 ACRES IN THE SOUTHEAST CORNER DESCRIBED AS FOLLOWS: BEGIN AT THE SOUTHEAST CORNER OF SAID FORTY, RUN THENCE WEST 40 RODS, THENCE NORTH 22 RODS, THENCE EAST 40 RODS, THENCE SOUTH 22 RODS TO THE POINT OF BEGINNING; NW/4 SE/4; E/2 NW/4; SW/4 NW/4; SW/4.

SECTION 34: E/2; SW/4; S/2 NW/4; NE/4 NW/4; NW/4 NW/4 LESS 2 ACRES DESCRIBED AS FOLLOWS: BEGIN AT THE NORTHWEST CORNER OF THE SECTION, RUN THENCE SOUTH 70 YARDS, THENCE EAST 140 YARDS, THENCE

NORTH 70 YARDS TO THE NORTH BOUNDARY LINE OF THE SECTION, THENCE WEST 140 YARDS TO THE POINT OF BEGINNING.

SECTION 35: ENTIRE SECTION.

SECTION 36: W/2 NW/4 NE/4; S/2 NE/4; SE/4; E/2 NW/4; SW/4 NW/4; SE/4 SW/4; NW/4 NW/4 LESS 2 ACRES IN THE NORTHWEST CORNER DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST CORNER OF THE SECTION, RUN THENCE DUE EAST 209 FEET, THENCE SOUTH 418 FEET, THENCE WEST 209 FEET, THENCE NORTH 418 FEET TO THE POINT OF BEGINNING.

CONTAINING 98,434.28 ACRES, MORE OR LESS, IN WINN PARISH.