Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 1 of 34

RECEIVED

DEC 0 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **PETRO-HUNT, L.L.C.; HUNT PETROLEUM CORPORATION AND KINGFISHER RESOURCES, INC.** | * | **CIVIL ACTION** |
| | * | **NO. CV00-0303 "S"** |
| **VERSUS** | * | **JUDGE WALTER** |
| **UNITED STATES OF AMERICA AND ASPECT RESOURCES, LLC,; BAYOU PETROLEUM COMPANY; CATAWBA ENERGY, INC.; FIRST TEXAS HYDROCARBONS, INC.; OSCAR C. FORLAND; GULF COAST OIL & GAS CO.; JUSTISS OIL COMPANY, INC.; MATRIX ENERGY, INC.;MB EXPLORATION LLC; NORTHSTAR ENERGY, LLC; PALMER PETROLEUM, INC; RICE & ASSOCIATES, LLC; SNYDER OIL CORPORATION; HOWELL R. SPEAR; JOHN P. STRANG; TEXACO EXPLORATION AND PRODUCTION, INC.; TMR EXPLORATION, INC.; UMC PETROLEUM CORPORATION; AND WHELESS TDL EXPLORATION CO., LLC** | * | **MAGISTRATE JUDGE HAYES** |

******************************************

## JUDGMENT

Before the court is plaintiffs' **PETRO-HUNT, L.L.C., HUNT PETROLEUM CORPORATION** and **KINGFISHER RESOURCES, INC.**, Alternative Motion for Summary Judgment pertaining to mineral servitudes which are held by drilling or production, and which have not prescribed, pursuant to Louisiana mineral law. After considering the motion and supporting memoranda and affidavits and noting that the government has not

opposed the motion, the Court finds plaintiffs' Motion to be well founded and it is hereby GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered in favor of plaintiffs, Petro-Hunt, L.L.C., Hunt Petroleum Corporation and Kingfisher Resources, Inc., and against defendants, United States of America; Aspect Resources, L.L.C.; Justiss Oil Company; MB Exploration, L.L.C.; Palmer Petroleum, Inc.; Snyder Oil Corporation, a/k/a Santa Fe Snyder a/ka Devon SFS; John P. Strang; UMC Petroleum Corp. and its successor Ocean Energy Resources; Wheless TDL Exploration Co., Ltd.; Bayou Petroleum Company; First Texas Hydrocarbons, Inc.; Oscar C. Forland; Northstar Energy, L.L.C.; Howell R. Spear; Gulf Coast Oil & Gas Co.; J. Bradley Jeffreys and Energy Arrow Exploration, L.L.C., declaring that the five mineral servitudes described in Exhibit "A," are owned by plaintiffs and, at this time, remain in full force and effect and have not prescribed because of interruption of prescription by drilling or production of minerals, pursuant to the Louisiana rules of prescription of mineral servitudes; consequently this court finds that plaintiffs are the owners in indivision of the five mineral servitudes described on Exhibit "A," as follows:

| | |
|---|---|
| **PETRO-HUNT, L.L.C.:** | **64.28572%** |
| **HUNT PETROLEUM CORPORATION:** | **16.80672%** |
| **KINGFISHER RESOURCES, INC.:** | **18.90756%** |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all mineral leases

issued by the United States of America on the five mineral servitudes described in Exhibit "A" are hereby cancelled and set aside as null and void and the **UNITED STATES OF AMERICA** shall cause the cancellation of all Oil, Gas or Mineral Leases which it has granted to any third party, that intrude onto the mineral servitudes described in Exhibit "A," and that such cancellation shall be filed in the records of the appropriate Parish of the situs of such lands and that a recorded copy of such cancellation shall be provided to plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs hereby reserve the right to pursue any and all claims for damages, caused by or as a result of the issuance of all intrusive leases and any other claims they have against the United States of America in the U.S. Court of Federal Claims.

Ordered this 7 day of December 2005.

**UNITED STATES DISTRICT JUDGE**

**Approved as to Form and Content:**

**DONALD W. WASHINGTON**
**United States Attorney**
**KAREN J. KING (#23508)**
**Assistant United States Attorney**
**United States Courthouse**
**800 Lafayette Street, Suite 2200**
**Lafayette, Louisiana 70501-6832**
**Telephone: (337) 262-6618**

**Attorneys for the United States**

**and**

**J. RALPH WHITE (#13425)**
**STELLA SHACKELFORD (#27876)**
**FREELAND & FREELAND, LAWYERS**
**P.O. BOX 269**
**1013 JACKSON AVENUE**
**OXFORD, MS 38655**
**Telephone: (662) 234-3414**

**W. MICHAEL ADAMS (#2338)**
**BLANCHARD, WALKER, O'QUIN & ROBERTS**
**(A Professional Law Corporation)**
**400 Texas Street, Suite 1400**
**P.O. Drawer 1126**
**Shreveport, LA 71163-1126**
**Telephone: (318) 221-6858**

**Attorneys for Petro-Hunt, L.L.C.**

**and**

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 5 of 34

**JOHN M. McCOLLAM (#7117)**
**MATTHEW J. RANDAZZO, III (#14340)**
**AIMEE WILLIAMS HEBERT (#25935)**
**GORDON, ARATA, McCOLLAM,**
**DUPLANTIS & EAGAN, L.L.P.**
**210 St. Charles Avenue, Suite 4000**
**New Orleans, Louisiana 70115**
**Telephone: (504) 582-1111**

**Attorneys for Hunt Petroleum Corporation and Kingfisher Resources**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 30th day of November, 2005, served a copy proposed Judgment on all counsel of record by depositing a copy of same in the United States mail, properly addressed, and first-class postage prepaid.

/s/ W. Michael Adams

## EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF

## SERVITUDE 1

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 7 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | E2E2, W2NENW, NWNW, NESW, SWSW, W2SESW, NWSE, | 360.61 |
| 2 | N2N2, S2NW, SW, S2SE | 475.03 |
| 10 | N2SWNE, SESWNE, SENE, E2SWSE, E2SE | 169.23 |
| 11 | All | 638.76 |
| 12 | E/2NE/4, SW/4NE/4, W/2 NW/4, SE/4 NW/4, SW/4, W/2 SE/4 | 485.79 |
| 13 | E/2 NE/4, SW/4 NW/4, W/2 SW/4, NE/4 SE/4 | 282.19 |
| 14 | W2E2, SENE, NW, N2SW less and except approx. 7 acres being that part of the NWSW lying South of right-of-way for L & A Railroad; SESW less and except approx. 3 acres being that part of SESW lying South of right-of-way for L & A Railroad.; NESE | 518.99 |
| 15 | E2NE less and except approx. 5 acres being that part of the SENE lying South of right-of-way for L & A Railroad, NESE less and except approx. 35.76 acres being that part of the NESE lying South of right-of-way for L & A Railroad. | 73.68 |
| 23 | N2NE, E2NW less and except approx. 67.22 acres being that part of the E2NW lying South of right-of-way for L & A Railroad. | 92.61 |

# SERVITUDE 1

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 6 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 6 | 16 acres in a square in the NW corner of the NWNE, 2 acres in the SE corner of the SWNE, W2, E2NWSE, SWNWSE, SWSE | 431.48 |
| 7 | NE/4, W/2, NE/4 SE/4 | 559.94 |
| 8 | NW, N2SW | 239.78 |
| 18 | NE less 30 acres on the South side, N2NW, SENW less 2 acres in a square in the Northwest corner, and less 3 acres described as beginning at a point 295 feet South of the Northwest corner of said forty acres, run thence East 210 yards, thence South 70 yards, thence West 210 yards, thence north 70 yards to the point of beginning; NWSW, NESW less 4 acres in a square in the Southeast corner | 224.87 |

**TOTAL ACREAGE FOR SERVITUDE 1:** **4,552.96**

# SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 5 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | NWSW | 39.14 |
| 2 | E2E2, SWNE, NW, S2S2SW, S2NWSE, SWSE | 453.33 |
| 3 | All | 629.68 |
| 4 | All | 630.80 |
| 5 | E2, E2W2, NWNW | 516.91 |
| 6 | E2NE | 81.00 |
| 7 | NESW, That part of the S2SW lying East of Saline Bayou, SWSE/4 | 153.70 |
| 8 | E2NE, NW NE, SWSE | 159.17 |
| 9 | All | 638.20 |
| 10 | N2, SW, N2SE, SWSE | 601.73 |

# SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 11 | S2NE less 2 acres in a square in the NE corner, E2W2, W2NW, NWSW, E2SWSW, NWNESE, S2NESE, W2SESE, SESESE, W2SE less 2.005 acres described as follows: Commencing at the concrete monument located at the NW corner of the NESESE of Section 11, T13N, R5W; thence proceed S 84° 13' W, a distance of 1,269.8 feet, to a 2" aluminum pipe with a cap stamped with La. Reg. No. 4447 set at the north right-of-way of La. Hwy. 126, also being the Point of Beginning;<br><br>Thence N 89° 29' W along said right-of-way, a distance of 300.00 feet, to a ½" diameter iron rod in the centerline of the Parish road;<br><br>Thence N 01° 22' W along said centerline, a distance of 122.93 feet, to a ½" diameter iron rod;<br><br>Thence N 10° 44' W along said centerline, a distance of 177.07 feet, to a ½" diameter iron rod;<br><br>Thence S 89° 40' E a distance of 300.00 feet, to a 2" aluminum pipe with a cap stamped with La. Reg. No. 4447;<br><br>Thence S 06° 52' E a distance of 300.00 feet, to the Point of Beginning. | 517.51 |
| 12 | SESW, SWSE | 79.68 |
| 13 | W2NE, SENE, E2NW, SW, NESE, N2SESE, W2SE less and except 24.82 acres in the NWSE, being the same 24.82 acres acquired by the U.S. in Civil Action 2732, dated January 28, 1937. | 472.63 |
| 14 | S2NE, E2NW, SWNW, E2SW, NWSW, SE, | 480.27 |

# SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 15 | S2NE, W2NW, S2 | 480.33 |
| 16 | E2, NW, N2SW, E2SESW | 577.72 |
| 17 | NE, W2NW less 1 acre in SW corner of the NENW, SW, N2NESE, NWSE, SWSE less 5 acres in a square in the SW corner | 491.74 |
| 18 | W2NE, NESE, That part of the NWNW, NENW, SENW, W2SE, SESE lying East of Saline Bayou | 299.32 |
| 19 | That part of the E2NE lying East of Saline Bayou | 15.00 |
| 20 | W2NW, NESE less and except a strip on the West side, being 120 yards wide and containing 10.90 acres, SWSE less 8.00 acres in a square in the NE corner, SESE | 148.78 |
| 21 | E2, E2NW, E2SWNW, E2W2SWNW, SW | 589.59 |
| 22 | NENE less 3 acres in a square in the Southeast corner, W2NE, SENE, W2, SE | 634.78 |
| 23 | E2, E2NW, SWNW, SW | 599.82 |
| 24 | S2NE, E2NW, NWNW, S2 | 519.16 |
| 25 | W2NE less 15 acres off the West side described as follows: BEGINNING at the Southwest corner of NWNE, run thence due East 10 chains, thence North 15 chains, thence West 10 chains, thence South 15 chains, to the point of beginning., E2NW | 135.00 |
| 26 | All | 640.00 |

## SERVITUDE 2

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 13 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 27 | NENE, W2NE, N2SENE, NENW, W2NW, 5 acres in a square in the Southeast corner of the SWSW, S2SESW, NENESE, S2NESE, W2NWSE, S2SE | 403.31 |
| 28 | NE, E2NW, NWNW, N2NESW, NWSW less 10 acres in a square in the Northwest corner, W2SWSW, SWSE, N2SESE | 410.05 |
| 29 | NENE, W2NE, That part of the W2 lying East of Saline Bayou containing 212.02 acres. SE, | 492.47 |
| 32 | That part of section lying East of Saline Bayou | 421.50 |
| 33 | S2NENE, NWNE, N2SWNE, SWSWNE, SENE, E2NW, SWNW, SW, N2SE, SESE less 5.5 acres in the Southeast corner, described as follows: BEGIN at the Southeast corner of the section, and run thence West along the South line of section 40 rods, thence at right angles easterly 40 rods, to the East line of the section, thence southerly along the East line of the section to the place of beginning. | 484.50 |
| 34 | E2, NENW, NWNW less 2.0 acres described as follows: BEGIN at the Northwest corner of the section, run thence South 70 yards, thence East 140 yards, thence North 70 yards to the North boundary of the section, thence West 140 yards to the point of beginning., S2NW, SW | 637.76 |
| 35 | ALL | 639.12 |

## SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

### TOWNSHIP 13 NORTH, RANGE 5 WEST, Louisiana PM (continued)

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 36 | S2NE, W2NWNE, E2NW, NWNW less 2 acres in the Northwest corner more particularly described as follows: BEGINNING at the Northwest corner of section and run thence due East 209 feet; thence South 418 feet; thence West 209 feet; thence North 418 feet to point of beginning, SWNW, SESW, SE | 457.91 |

### TOWNSHIP 12 NORTH, RANGE 5 WEST

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | All | 638.12 |
| 2 | All | 614.40 |
| 3 | E2, E2NW, S2SW | 472.93 |
| 4 | SE, W2 | 468.13 |
| 5 | That part of the E2 of the Section lying East of Saline Bayou | 224.00 |
| 10 | N2, SESE | 361.80 |
| 11 | All | 619.76 |
| 12 | All | 641.80 |
| 13 | All | 641.96 |
| 14 | E2, NW, N2SW, N2SWSW, SESW | 604.55 |

## SERVITUDE 2

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 12 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 15 | E2NE, SWNE less and except the North 24 acres, S2SW less and except the North 28 acres (N.457.04'), SE | 309.57 |
| 16 | That part of the Section lying East of Saline Bayou | 365.00 |
| 22 | W2NENE, NWNE, NENW, W2W2, SENW less and except 5 acres in a square in the Southeast corner, NESW less and except 3 acres in a square Northeast corner and less and except 2 acres described as follows: BEGINNING at the Southwest corner of the forty, run thence North along the West line of the forty 110 yards, thence East 154 yards to the point of beginning, thence North 140 yards, thence East 70 yards, thence South 140 yards, thence West 70 yards to point of beginning. | 330.79 |
| 23 | E2, E2NW4, SWNW, SW | 586.76 |
| 24 | All | 639.44 |
| 25 | All | 635.65 |
| 26 | NENE, N2SENE, W2E2, W2 | 529.16 |
| 27 | E2, NW, E2SW | 560.14 |
| 28 | That part of the S2SW lying East of Saline Bayou, SWSE | 115.35 |

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 15 of 34

# SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 12 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 29 | E2SE | 79.15 |
| 33 | That part of Section lying East of Saline Bayou | 400.00 |
| 34 | W2NE, W2SENE, That part of the NENW described as follows: BEGINNING at the Northwest corner of the section and run thence North 88° 16' East 1,298 feet to point of beginning, thence continue on same course North 88° 16' East 1,298 feet, thence due South 860 feet, thence North 58° West 1,530 feet along North side of right-of-way of L & A Railway, thence due North 10 feet to point of beginning, said tract containing 12.96 acres, S2NWNW, SWNW, S2S2, NWSW, NESE | 413.30 |
| 35 | NWNW, E2SWNW | 58.92 |

**TOWNSHIP 11 NORTH, RANGE 5 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | W2NW | 80.39 |
| 2 | NENE, W2NE, NW, NWSW | 318.72 |
| 3 | N2, N2SW, SWSW, NESE | 485.10 |

## SERVITUDE 2

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 11 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 4 | That part lying East of the Saline Bayou | 324.14 |
| 10 | W2E2, N2NW, SESW, SESE | 320.00 |

**TOWNSHIP 13 NORTH, RANGE 4 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 18 | SWNW, NWSW, W2SWSW | 100.01 |

**TOWNSHIP 12 NORTH, RANGE 4 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 6 | N2NW, SWNW less and except 77.05 acres lying in the N2NW and the SWNW which were exchanged to Willie Glen Emmett and Barbara Louise Webb Emmett by deed dated January 11, 1994, Exhibit I, Exchange Deed, FS Tract C-174, SW, W2SE, SESE | 325.70 |
| 7 | All | 636.80 |
| 8 | SW less and except the North 35 acres of the SW lying East LA Hwy. 501. | 125.27 |
| 17 | S2NWNE, SWNE, S2NENW, W2NW, SENW, SW, SWSE | 400.67 |
| 18 | All | 637.56 |
| 19 | All | 637.72 |

# SERVITUDE 2

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 12 NORTH, RANGE 4 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 20 | NENE, W2NE, W2, SE | 601.24 |
| 21 | SWSW | 40.03 |
| 26 | That part of the S2SW and the S2SE lying South of LA Hwy 1232 | 111.24 |
| 28 | W2NWNW, S2SW, W2SESE, | 119.95 |
| 29 | All | 638.92 |
| 30 | N/2 | 317.78 |
| 33 | E2NE4, SWNE, NENW, W2NW, S2 | 558.53 |
| 34 | NE, E2NW, SWNW, S2NESW, N2SESW, W2SW, N2SE | 478.92 |
| 35 | NE, W2NWNW, NESW, W2SW, S2NESE, NWSE, N2SESE | 380.02 |
| 36 | E2NE, SWNE, SENW, W2NW, N2SW, NWSE | 359.84 |

**TOTAL ACREAGE FOR SERVITUDE 2: 32,840.54**

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 18 of 34

# SERVITUDE 3

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

**TOWNSHIP 11 NORTH, RANGE 5 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 13 | S2 | 317.04 |
| 14 | SENE, Fractional SWNW, SENW, NESW, Fractional NWSW, E2SE, SWSE | 290.82 |
| 15 | Fractional SWNE, W2NW4, Fractional SENW, Fractional S2 | 260.20 |
| 21 | Fractional NENE | 29.18 |
| 22 | E2, NENW, S2NESW, E2SWSW, SESW, and that part of the S2NW, N2NESW, NWSW, AND W2SWSW lying East of the Monroe-Natchitoches Road. | 531.70 |
| 23 | NE, W2 | 479.55 |
| 24 | All | 634.40 |
| 25 | All | 632.80 |
| 26 | NENE, W2NWNE, N2SWNE, NENW, W2NW, N2NESENW, W2SENW, E2SE, SWSE | 345.11 |
| 27 | N2, SW, W2SE, W2SESE | 580.36 |
| 28 | E/2 | 320.00 |
| 33 | E2NE, SWNE, SE, W2 less and except 163.17 acres exchanged to the Salco Corporation by deed dated July 15, 1997, and described in Exhibit I, Exchange Deed, FS Tract C-169. | 446.83 |

## SERVITUDE 3

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

**TOWNSHIP 11 NORTH, RANGE 5 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 34 | All | 640.00 |
| 35 | E2, E2NW, SWNW, SW | 600.00 |
| 36 | NENE, W2NE, W2, SE, | 596.02 |
| 37 | That part of irregular Section 37, otherwise known as the Emmanual Prudhomme entry within the limits of Sections 14 and 15 | 269.75 |

**TOWNSHIP 10 NORTH, RANGE 5 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | W2NE, W2 | 405.72 |
| 2 | S2NE, N2NW, S2SW, SE | 398.75 |
| 3 | NE, NENW less and except 6 acres more particularly described as follows: COMMENCING at a point 5 chains South of the Northwest corner of the NENW, run thence East 4 chains, thence South 15 chains, thence West 4 chains, thence North 15 chains to the point of beginning; NWNW, W2SENW, SESENW | 303.61 |
| 4 | N2NWNE, W2E2NW, W2NW, SW, NWSE, | 340.21 |
| 10 | NE, NENW less 12 acres in a square in the Northwest corner, and less 2.19 acres described as follows: BEGINNING at the Northeast corner of the Wyatt 12 acre tract located in the Northwest corner of the NENW; thence South 10.95 chains to start; thence South 2 chains; thence West 10.95 chains, thence North 2 chains; thence East 10.95 chains to the point of beginning; SENW, E2SW, NWSW, SWSW less 4 acres in a square in the Southeast corner; W2SE less 1 acre in a square in the Northwest corner. | 461.41 |

## SERVITUDE 3

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

### TOWNSHIP 10 NORTH, RANGE 5 WEST, Louisiana PM (continued)

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 11 | All less and except 2.71 acres located in the SWSE, which were quitclaimed to Couley Double Church and Cemetery Committee by deed dated November 2, 1988. | 639.49 |
| 12 | W2NE, NW, N2SW, W2SWSW, N2SESW, | 355.14 |
| 14 | N2NW | 80.05 |
| 15 | W2NE, E2NW, NWNW | 198.86 |
| 16 | NE less and except 1.62 acres described as follows: Commencing at the Northeast corner of said Section 16, thence S 35° 42' 13" W, a distance of 699.88 feet, to the Point of Beginning, Thence S 41° 45' 42" E, a distance of 230.21 feet; Thence S 19° 18' 00" W, a distance of 238.34 feet to the centerline of an existing gravel road; Thence N 47° 44' 22" W along said centerline, a distance of 329.47 feet, to the centerline of U.S. Hwy. 84; Thence N 32° 11' 08" E along said centerline, a distance of 252.75 feet; Thence S 41° 45' 42" E, a distance of 52.03 feet, to the Point of Beginning. | 158.42 |

### TOWNSHIP 11 NORTH, RANGE 4 WEST, Louisiana PM

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 8 | S2NE, SWNW, SW, E2SE, W2W2SE, | 398.07 |
| 9 | SENW, S2 | 358.52 |

# SERVITUDE 3

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

**TOWNSHIP 11 NORTH, RANGE 4 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 10 | SWNE, S2NW, SWSW, SE less and except 2.88 acres described as follows: Begin at the East one quarter corner of said Section 10, From said POB run: S 0° 36' 08 " W, 400.53 feet to a point in the centerline of LA Hwy 501, thence with the meanders of the center-line of said highway three lines:<br><br>N 58° 16' 28" W, 310.24 feet;<br>N 54° 23' 24" W, 211.04 feet;<br>N 50° 31' 57" W, 191.28 feet; thence<br><br>S 89° 18' 00" E, 588.70 feet to the point of beginning. | 314.52 |
| 11 | N2NE, SWNE, SENE less 2 acres described as follows: Commencing at the Southeast corner of the SENE, thence run North along East line of same 121-28/47 yards to the point of beginning; thence Due North 98-19/47 yards; thence Due West 98-19/47 yards; thence Due South 98-19/47 yards; thence Due East 98-19/47 yards to the point of beginning; E2SW, NESE, W2SE, SESE less .80 acres described as follows: Beginning at the SW corner of SESE, thence run North 3.50 chains; thence Due East 2.28 chains; thence Due South 3.50 chains; thence Due West 2.28 chains to the point of beginning. | 396.00 |
| 13 | W2W2 | 159.88 |
| 14 | NWNE, E2NW, SWNW, SW/4, SWSE less 10 acres off the East side. | 348.74 |
| 15 | W2NE, SENE, NW, NESW, SE | 477.60 |
| 16 | E2NE, SWNE, NENW, W2NW, NESE | 278.35 |
| 17 | All | 637.80 |

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 22 of 34

# SERVITUDE 3

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

**TOWNSHIP 11 NORTH, RANGE 4 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 18 | NE, SW | 316.18 |
| 19 | All | 631.77 |
| 20 | All | 638.64 |
| 21 | W2NE, W2, SE | 555.87 |
| 22 | N2NENE, SWNENE, W2NE, W2SENE, S/2 | 448.96 |
| 23 | NWNE, E2NW, NWNW, N2SWNW, SESWNW, SW | 349.34 |
| 24 | W2NW, SW | 239.11 |
| 25 | W2, SE | 477.27 |
| 26 | NWNE, N2SWNE, N2SENE, NENW, SENW less 5 acres off the East side, SW, W2NWSE, NWSWSE, S2SWSE, SESE | 404.33 |
| 27 | All | 639.64 |
| 28 | All | 635.24 |
| 29 | All | 637.92 |
| 30 | E2NE, N2NWNE, NWNW, NESW, S2SW, SE | 414.73 |
| 31 | E2NE, NWNE, NENW, W2NW, NWSW, SESW, E2SE, NWSE less 12 acres in a square in the SW corner, SWSE less 10 acres in a square in the Northwest corner | 453.62 |

# SERVITUDE 3

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF MAY 1, 2005

**TOWNSHIP 11 NORTH, RANGE 4 WEST, Louisiana PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 32 | All | 638.00 |
| 33 | All | 634.20 |
| 34 | All | 639.68 |
| 35 | E2NE, NWNE, W2, NESE, | 477.72 |
| 36 | All | 635.88 |

**TOWNSHIP 10 NORTH, RANGE 4 WEST, Louisiana PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | All | 645.76 |
| 2 | W2NE, E2NW | 158.18 |
| 3 | All | 649.45 |
| 5 | All | 643.40 |
| 6 | E2, E2NW, SWNW less and except 1.474 acres described as follows: Commencing at the Northwest corner of said SW, thence N 89° 55' E along the North line of said SW, a distance of 482.58 feet, to the centerline of U.S. Hwy. 84; thence S 61° 07' W along said centerline, a distance of 552.46 feet, to the West line of said SW, thence N 00° 15' E along said West line, a distance of 266.15 feet to the point of beginning; SW | 608.24 |
| 7 | All | 627.92 |

**TOTAL ACREAGE FOR SERVITUDE 3: 26,885.95**

## SERVITUDE 4

### KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 10 NORTH, RANGE 3 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 25 | All | 635.76 |
| 26 | E2NE | 79.95 |
| 36 | E2, SESW | 357.01 |

**TOWNSHIP 9 NORTH, RANGE 3 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | W2NE, W2, SE | 555.35 |
| 2 | S2SE | 79.67 |
| 11 | Fractional E2E2, NWNE, E2NW, SESW, SWSE | 253.34 |
| 37 | All | 566.37 |
| 12 | All | 174.00 |
| 13 | All | 638.64 |
| 14 | NE, N2SE, SESE | 280.74 |
| 22 | SENE, S2SW less 15.12 acres as described in deed between Grant Timber & Manufacturing Company of LA, Inc. and the U.S. dated January 28, 1934, and recorded in Book ZZ, Page 359 of Grant Parish; E2SE, NWSE less 11.80 acres as described in above referenced deed, SWSE | |
| 23 | SENE, E2NW, SWNW, S2 | 481.98 |

## SERVITUDE 4

### KISATCHIE NATIONAL FOREST LANDS
### SUBJECT TO PETRO HUNT MINERAL SERVITUDES
### WHICH ARE HELD BY DRILLING
### AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 3 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 24 | E2, E2NW, NWNW less 2.53 acres describes as follows: Begin at the Northwest corner of the section, thence run East along the North boundary line 113 yards, thence South 85 yards to the Northwest corner of the tract for a point of beginning, thence South 175 yards, thence East 70 yards, thence North 175 yards, thence West 70 yards to the point of beginning. | 637.23 |
| 25 | All | 642.00 |
| 26 | E2, NENW less 1 acre described as follows: Begin at the Northwest corner of the SENW and run due North 200 feet to to a point of beginning, run thence due east 210 feet; thence due north 210 feet, thence due West 210 feet; thence due South 210 feet to the point of beginning, W2NW, S2 | 600.88 |
| 27 | W2, SE | 481.92 |
| 34 | All | 641.20 |
| 35 | W2NE, W2, SE | 560.49 |
| 36 | NE, NENW, W2SW | 280.13 |

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 26 of 34

# SERVITUDE 4

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 10 NORTH, RANGE 2 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 29 | SWNE, W2, W2SE, SESE excepting from these lands 10.07 acres of the Rock Island Arkansas and Louisiana Railroad Company right-of-way | 469.69 |
| 31 | NENE, S2N2, NWNW, S2 | 554.58 |
| 32 | E2E2, E2W2, SWNW | 354.19 |
| 33 | SWNW less 3.31 acres of the Rock Island Arkansas and Louisiana Railroad r-o-w, W2SW | 115.98 |

**TOTAL ACREAGE FOR SERVITUDE 4: 9,441.10**

## SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 1 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 3 | All | 634.44 |
| 4 | SENE, E2NW, S2NWNW, SWNW, NESW, S2SW, SE | 450.27 |
| 5 | N2NE less 3.78 acres in NWNE quitclaimed to Zion Baptist Church, by deed dated December 20, 1972, W2NWNW, S2NW, SW, S2SE | 407.03 |
| 6 | N2, N2SW, N2SWSW, SESWSW, SESW, SE | 614.25 |
| 7 | All | 638.24 |
| 8 | W2W2NW, NWSW | 79.38 |
| 9 | All less one acre described as follows: Commencing at a stake at the northeast corner of the NWNW, being the POB. Thence run West along the north boundary line of said section, 196.2 feet to a stake, thence South 204 feet to the north boundary line of the ROW of the L&A Railway Company, thence Southeasterly along said ROW line to the east line of the NWNW of Section 9, thence North along said east line 240 feet to the point of beginning. | 635.20 |
| 10 | NW, N2SW, W2SWSW, SE | 417.69 |
| 11 | All | 638.76 |
| 14 | NE, N2NW, E2SENW, SESW, N2SE less 2 acres in the southwest corner of the NESE as described in deed dated September 5, 1901, and recorded in CB "K", page 438 of the records of Grant Parish., W2SWSE | 400.01 |

Case 5:00-cv-00303-DEW-KLH Document 228 Filed 12/07/2005 Page 28 of 34

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 1 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 15 | N2, N2S2 | 479.25 |
| 16 | All | 637.20 |
| 17 | E2E2, S2S2NESW, W2SW, SESW, SWSE | 328.10 |
| 18 | NENW, South 5/8 of NWSW, S2S2 | 224.55 |
| 19 | All | 639.96 |
| 20 | All | 636.56 |
| 21 | All | 639.12 |
| 22 | S2S2NWNE, SWNE, S2SENE, NESENE, NWNENW, S2NENW, NWNW, S2NW, S2 | 548.11 |
| 23 | NE, NENW, S2NW, S2 | 601.20 |
| 24 | SWSW | 40.09 |
| 25 | NENE, NWNW, S2N2, S2 | 560.11 |
| 26 | All | 640.24 |
| 27 | All | 637.20 |
| 28 | All | 640.32 |
| 29 | All | 637.88 |
| 30 | NE, N2NW, SWNW, NWSE, SESE | 360.22 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 1 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 31 | All | 641.76 |
| 32 | S2NE, E2NW, S2 | 479.67 |
| 33 | N2NE, SWNE, NENW, S2NW, SW | 400.50 |
| 34 | NENE, N2NWNE, SENWNE, NENW | 109.74 |
| 35 | N2N2, SENE | 220.00 |
| 36 | E/2, N/2 NW/4, E/2 SW/4 | 479.79 |

**TOWNSHIP 8 NORTH, RANGE 1 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 4 | E2, E2W2, NWNW, W2SW | 606.44 |
| 6 | NE, SENW, N2SW, SWSW less 2 acres in the southeast corner described as follows: Beginning in the southeast corner of said 40 acres, thence run North 20 rods, thence West 16 rods, thence South 20 rods, thence East 16 rods to the point of beginning, N2SE, SWSE | 438.30 |
| 18 | NWSW | 39.76 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 2 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | All | 627.27 |
| 2 | NENE, N2NWSW, N2S2NWSW, S2S2 | 225.65 |
| 3 | N2, NESW, SE | 513.09 |
| 4 | NESE, S2SE | 117.39 |
| 5 | N2NW, SWNW, SW less 19.57 acres on the east side of the SW as shown on Exhibit 1 Map, being those lands conveyed to B. E. Melton by deed dated August 21, 1970. | 354.99 |
| 6 | E2 less 0.76 acres in SENE quitclaimed to Tyson Cemetery Committee by deed dated August 23, 1988 as described in Exhibit 2, NESW | 343.34 |
| 7 | Fractional S2S2 | 163.78 |
| 8 | E2E2, S2SW, SWSE | 280.26 |
| 37 | Part of Fractional Section 37, otherwise described as the N2S2 of Section 7 and the W2NE, NW, N2SW, NWSE of Section 8 | 496.76 |
| 9 | NWNE, S2NE, W2, SE | 595.91 |
| 10 | S2NW, S2 | 399.57 |
| 11 | N2NE, NENW, N2SENW, NWSW, S2S2, NWSE | 382.64 |
| 12 | NE, E2NW, N2SE, SESE | 361.30 |
| 13 | NENE, W2, SE | 521.46 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 2 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 14 | All | 645.24 |
| 15 | All | 637.52 |
| 16 | All | 638.00 |
| 17 | All | 638.20 |
| 18 | N2, N2S2, S2SE | 526.12 |
| 19 | W2, W2SE, SESE | 414.15 |
| 20 | All | 637.60 |
| 21 | All | 638.00 |
| 22 | All | 637.34 |
| 23 | All | 644.00 |
| 24 | All | 642.20 |
| 25 | All | 642.60 |
| 26 | All | 642.80 |
| 27 | All | 638.32 |
| 28 | N2, SW, N2SE, SWSE | 598.50 |
| 29 | All | 636.80 |
| 30 | S2NW, NESW, N2SE, SESE | 226.52 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 9 NORTH, RANGE 2 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 31 | E2NE, NWNW, S2NW, N2SW, SESW, SE | 454.35 |
| 32 | N2, N2S2, SWSE | 518.70 |
| 33 | N2, NWSW, SESE | 399.62 |
| 34 | N/2, E/2 SW/4, SE/4 | 599.30 |
| 35 | All | 641.20 |
| 36 | NWNE, S2NE, NW, S2 | 600.94 |

**TOWNSHIP 8 NORTH, RANGE 2 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | All | 635.75 |
| 2 | All | 645.44 |
| 3 | All | 640.40 |
| 4 | E2E2, SWNE, W2W2, SESW | 397.46 |
| 5 | E2, E2W2, SWNW, W2SW | 596.30 |
| 6 | NWNE, S2NE, E2NW, NESW, N2SE, SESE | 435.50 |
| 7 | All | 618.20 |
| 8 | N2, SW, NWSE, S2SE | 600.84 |
| 9 | N2, NESW, SWSW, SE | 557.02 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS SUBJECT TO PETRO HUNT MINERAL SERVITUDES WHICH ARE HELD BY DRILLING AS OF JUNE 1, 2005

**TOWNSHIP 8 NORTH, RANGE 2 WEST, LOUISIANA PM (continued)**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 10 | NE, NENW, N2NWNW, E2SENW, E2W2SENW, S2NESE, SESE | 309.28 |
| 11 | NE, N2SW, SWSW, E2SE | 361.43 |
| 12 | N2NE, SWNE, W2, W2SE, SESE | 553.80 |
| 13 | NE, E2NW, SWNW, SW, N2SE, SWSE, and that part of the SESE lying north of Fish Creek | 586.91 |
| 14 | E2NE, W2NW, SW less 10 acres in the NWSW described as follows: Beginning at the northeast corner of the said NWSW, run South along the east line thereof 50 rods, thence West 32 rods, thence North 50 rods, thence East 32 rods, to the place of beginning, SE | 473.72 |
| 16 | N2, SW, NESE | 521.46 |
| 17 | N2, SW, W2SE, SESE | 603.30 |
| 18 | NE less 1 acre being near the northwest corner of said NE, as described in deed to White Chapel Church, by deed recorded in CB "M" Page 10, S2NW, SW, N2SE | 465.28 |
| 19 | All | 612.00 |
| 20 | N/2, NE/4 SW/4, SE/4 | 515.16 |
| 29 | W/2 NE/4, NW/4, N/2 SW/4 | 317.92 |
| 30 | E/2, W/2 NW/4, N/2 SW/4, SE/4 SW/4 | 499.34 |

# SERVITUDE 5

## KISATCHIE NATIONAL FOREST LANDS
## SUBJECT TO PETRO HUNT MINERAL SERVITUDES
## WHICH ARE HELD BY DRILLING
## AS OF JUNE 1, 2005

**TOWNSHIP 8 NORTH, RANGE 3 WEST, LOUISIANA PM**

| Section | Legal Description | Approx. Acreage |
|---|---|---|
| 1 | SWNE, W2, SE | 515.55 |
| 2 | All | 632.28 |
| 11 | N2, N2SW, SESW, SE | 599.77 |
| 12 | N2, N2SE | 397.85 |
| 13 | SESE | 39.78 |
| 14 | NWNE | 40.05 |
| 24 | S2NE, S2SW, SE | 318.04 |
| 25 | NE, S2NW, SW, N2SE, SWSE, W2SESE | 536.76 |

**TOTAL ACREAGE FOR SERVITUDE 5: 36,123.98**