IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PETRO-HUNT, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 00-512L<br>Judge Allegra |

DECLARATION OF DELIA K. JAQUETTE

1. My name is Delia K. Jaquette and I have been employed by the United States Forest Service for 34 years. My current position is Realty Specialist, Mineral Leasing Program Manager for the Southern Region. I have been in this position for the last 11 years.

2. As part of my duties as Regional Program Manager, I oversee the oil and gas leasing program on the lands owned and managed by the United States Forest Service, Southern Region.

3. I have reviewed the Lands and Minerals Records automated system (LR 2000) maintained by the DOI, Bureau of Land Management as the data pertain to the mineral leases at issue in Count III of Plaintiff's Complaint and also those subject to the decision in *United States v. Nebo Oil Co.*, 90 F. Supp. 73 (W.D. La. 1950), *aff'd*, 190 F.2d 1003 (5th Cir. 1951). As a result of my review of LR 2000, I have determined that:

   a. On the servitude adjudicated in *Nebo Oil* one lease was issued.

      i. Serial Number: LAES—046324; lease issued 1/27/1994; lease terminated 2/1/2000.

      The Serial Register page for this lease is attached hereto as Exhibit A.

   b. On servitude number 1.

      i. No leases were issued.

   c. On servitude number 2, the following eleven leases were issued.

i. Serial Number: LAES— 043575; lease issued 6/5/1991; lease expired 6/30/2001.

ii. Serial Number: LAES— 046312; lease issued 1/26/1994; lease terminated 2/1/2000.

iii. Serial Number: LAES— 046313; lease issued 1/27/1994; lease terminated 2/1/2000.

iv. Serial Number: LAES— 046314; lease issued 1/27/1994; lease terminated 2/1/2000.

v. Serial Number: LAES— 046315; lease issued 1/27/1994; lease cancelled 1/11/2002.

vi. Serial Number: LAES— 046318; lease issued 1/27/1994; lease expired 1/31/2004.

vii. Serial Number: LAES— 047595; lease issued 1/25/1996; lease cancelled 1/11/2002.

viii. Serial Number: LAES— 046310; lease issued 1/26/1994; lease terminated 2/1/2000.

ix. Serial Number: LAES— 047978; lease issued 8/9/1996; lease terminated 8/1/2005.

x. Serial Number: LAES— 047979; lease issued 7/17/1996; lease terminated 8/1/2003.

xi. Serial Number: LAES— 046323; lease issued 1/26/1994; lease terminated 2/1/2000.

The Serial Register pages for these leases are attached hereto as Exhibits B through L.

d. On servitude number 3.

i. No leases were issued.

e. On servitude number 4.

i. No leases were issued.

f. On servitude number 5, the following three leases were issued.

i. Serial Number: LAES— 037729; lease issued 6/1/1988; lease expired 1/1/2001.

ii. Serial Number: LAES— 047279; lease issued 7/5/1995; lease expired 7/31/2005.

iii. Serial Number: LAES—047280; lease issued 7/17/95; lease cancelled in part as to the servitude 5 lands 1/11/2002; lease expired 7/31/2005.

The Serial Register pages for these leases are attached hereto as Exhibits M through O.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Delia K. Jaquette 9/2/08
Delia K. Jaquette
Realty Specialist
Mineral Leasing Program Manager

Date

# EXHIBIT A

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:39 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 240.560

**Serial Number** LAES-- - 046324

Serial Number: LAES-- - 046324

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046324

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0130N 0070W 024 | ALIQ | S2NE,SE; | JACKSON NO RA | NATCHITOCHES | KISATCHIE NF |

Serial Number: LAES-- - 046324

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/08/1993 | 387 | CASE ESTABLISHED | ES-141-11/93 | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 929 | NEW PRIORITY ESTABLISHED | FOR NONCOMP OFFER SB | |
| /10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| /19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/27/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/04/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $361.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $361.50;21/0000000013 | |
| 12/18/1995 | 084 | RENTAL RECEIVED BY MMS | $361.50;21/0000000010 | |
| 12/13/1996 | 084 | RENTAL RECEIVED BY MMS | $361.50;21/0000000028 | |
| 12/30/1997 | 084 | RENTAL RECEIVED BY MMS | $361.50;21/0000000035 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 03/09/2001 | 970 | CASE CLOSED | SB | |

Serial Number: LAES-- - 046324

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 & 4 |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT B

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 04:04 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 224.000

**Serial Number** LAES-- - 043575

Serial Number: LAES-- - 043575

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| GULF COAST O&G CO | PO BOX 30169 | PENSACOLA FL 32503 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 043575

| Mer Twp Rng Sec | STyp | SNr Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|
| 18 0120N 0050W 005 | FF | 1 | TR C-107 EAST OF SALINE | JACKSON | NO RA | NATCHITOCHES | KISATCHIE NF |
| 18 0120N 0050W 005 | FF | 1 | TR C-107 EAST OF SALINE | JACKSON | NO RA | WINN | KISATCHIE NF |
| 18 0120N 0050W 005 | FF | 2 | BAYOU; | JACKSON | NO RA | NATCHITOCHES | |
| 18 0120N 0050W 005 | FF | 2 | BAYOU; | JACKSON | NO RA | WINN | |

Serial Number: LAES-- - 043575

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 04/09/1991 | 387 | CASE ESTABLISHED | #ES-327-4/91; | |
| 04/10/1991 | 191 | SALE HELD | | |
| 04/10/1991 | 268 | BID NOT RECEIVED | | |
| 04/11/1991 | 124 | APLN RECD | #1204; | |
| 04/11/1991 | 929 | NEW PRIORITY ESTABLISHED | FOR NONCOMP OFFER; | |
| 04/11/1991 | 943 | AVAIL OVER THE COUNTER | | |
| 05/05/1991 | 237 | LEASE ISSUED | | |
| 07/01/1991 | 496 | FUND CODE | 568; | |
| 07/01/1991 | 530 | RLTY RATE - 12 1/2% | | |
| 07/01/1991 | 868 | EFFECTIVE DATE | | |
| 05/17/1993 | 111 | RENTAL RECEIVED | $336.00;21/0000000013 | |
| 06/07/1994 | 111 | RENTAL RECEIVED | $336.00;21/0000000003 | |
| 05/05/1995 | 084 | RENTAL RECEIVED BY MMS | $336.00;21/0000000012 | |
| 06/22/1999 | 084 | RENTAL RECEIVED BY MMS | $448.00;21/0000000015 | |
| 06/19/2000 | 084 | RENTAL RECEIVED BY MMS | $448.00;21/102 | |
| 06/30/2001 | 234 | EXPIRED | | |
| 06/30/2001 | 763 | EXPIRES | | |
| 01/17/2002 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 043575

| Line Nr | Remarks |
|---|---|

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT C

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:46 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 480.300

**Serial Number** LAES-- - 046312

Serial Number: LAES-- - 046312

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046312

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0130N 0050W 014 | ALIQ | SESW,SE; | JACKSON NO RA | WINN | |
| 18 0130N 0050W 014 | ALIQ | S2NE,NENW,S2NW,N2SW; | JACKSON NO RA | WINN | KISATCHIE NF |

Serial Number: LAES-- - 046312

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/04/1993 | 387 | CASE ESTABLISHED | ES-129-11/93 | |
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 10/1993 | 929 | NEW PRIORITY ESTABLISHED | | |
| 10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/26/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $721.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $721.50;21/0000000013 | |
| 12/18/1995 | 084 | RENTAL RECEIVED BY MMS | $721.50;21/0000000010 | |
| 01/07/1997 | 084 | RENTAL RECEIVED BY MMS | $721.50;21/0000000050 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 04/26/2001 | 970 | CASE CLOSED | | |
| 01/31/2004 | 763 | EXPIRES | SB | |

Serial Number: LAES-- - 046312

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 & 4 |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT D

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:50 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 80.060

**Serial Number** LAES-- - 046313

Serial Number: LAES-- - 046313

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046313

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0130N 0050W 015 | ALIQ | W2NW; | JACKSON NO RA | WINN | KISATCHIE NF |

Serial Number: LAES-- - 046313

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/04/1993 | 387 | CASE ESTABLISHED | ES-130-11/93 | |
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 929 | NEW PRIORITY ESTABLISHED | | |
| 11/10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/27/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $121.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $121.50;21/0000000013 | |
| 12/18/1995 | 084 | RENTAL RECEIVED BY MMS | $121.50;21/0000000010 | |
| 01/07/1997 | 084 | RENTAL RECEIVED BY MMS | $121.50;21/0000000050 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 04/26/2001 | 970 | CASE CLOSED | | |
| 01/31/2004 | 763 | EXPIRES | SB | |

Serial Number: LAES-- - 046313

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 & 4 |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT E

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:52 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 38.770

**Serial Number** LAES-- - 046314

Serial Number: LAES-- - 046314

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046314

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0130N 0050W 017 | FF | NENW LESS 1 AC IN SW CRN; | JACKSON NO RA | WINN | KISATCHIE NF |

Serial Number: LAES-- - 046314

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/04/1993 | 387 | CASE ESTABLISHED | ES-131-11/93 | |
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| ./10/1993 | 929 | NEW PRIORITY ESTABLISHED | FOR NONCOMP OFFER SB | |
| /10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/27/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/04/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $58.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $58.50;21/0000000013 | |
| 12/18/1995 | 084 | RENTAL RECEIVED BY MMS | $58.50;21/0000000017 | |
| 01/07/1997 | 084 | RENTAL RECEIVED BY MMS | $58.50;21/0000000050 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 04/26/2001 | 970 | CASE CLOSED | | |
| 01/31/2004 | 763 | EXPIRES | SB | |

Serial Number: LAES-- - 046314

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 |

**NO WARRANTY IS MADE BY BLM FOR USE OF THE DATA FOR PURPOSES NOT INTENDED BY BLM**

# EXHIBIT F

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:58 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 426.740

**Serial Number** LAES-- - 046315

Serial Number: LAES-- - 046315

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| STRANG JOHN P | 35 SUTTON PLACE | NEW YORK NY 10022 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046315

| Mer Twp Rng Sec | STyp | SNr Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|
| 18 0130N 0050W 018 | ALIQ | | W2NE,E2NW; | JACKSON | NO RA | WINN | KISATCHIE NF |
| 18 0130N 0050W 018 | ALIQ | | W2NE,E2NW; | JACKSON | NO RA | NATCHITOCHES | KISATCHIE NF |
| 18 0130N 0050W 018 | FF | 1 | EAST OF SALINE BAYOU; | JACKSON | NO RA | WINN | |
| 18 0130N 0050W 018 | FF | 1 | EAST OF SALINE BAYOU; | JACKSON | NO RA | NATCHITOCHES | |
| 18 0130N 0050W 018 | FF | 2 | NWNW SALINE BAYOU, S2SE; | JACKSON | NO RA | WINN | |
| 18 0130N 0050W 018 | FF | 2 | NWNW SALINE BAYOU, S2SE; | JACKSON | NO RA | NATCHITOCHES | |
| 18 0130N 0050W 018 | FF | 3 | EAST OF SALINE BAYOU; | JACKSON | NO RA | WINN | |
| 18 0130N 0050W 018 | FF | 3 | EAST OF SALINE BAYOU; | JACKSON | NO RA | NATCHITOCHES | |

Serial Number: LAES-- - 046315

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/05/1993 | 299 | PROTEST FILED | | |
| 11/08/1993 | 387 | CASE ESTABLISHED | #ES-132-11/93; | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | | |
| 01/27/1994 | 237 | LEASE ISSUED | | |
| 02/01/1994 | 496 | FUND CODE | 568; | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | | |
| 02/01/1994 | 868 | EFFECTIVE DATE | | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $640.50;11 | |
| 01/25/1995 | 111 | RENTAL RECEIVED | $640.50;21/0000000109 | |
| 01/10/1997 | 084 | RENTAL RECEIVED BY MMS | $640.50;21/0000000114 | |
| 12/23/1997 | 084 | RENTAL RECEIVED BY MMS | $640.50;21/0000000116 | |
| 01/06/2000 | 084 | RENTAL RECEIVED BY MMS | $854.00;21/122 | |
| 05/19/2000 | 673 | SUS OPS/PROD APLN FILED | | |
| 07/24/2000 | 674 | SUS OPS/PROD APLN DENIED | | |
| 09/15/2000 | 393 | DEC ISSUED | RECONSIDERATION DNIED | |
| 12/21/2000 | 084 | RENTAL RECEIVED BY MMS | $854.00;21/124 | |
| 01/11/2002 | 199 | CANCELED | | |
| 04/20/2006 | 379 | REFUND AUTHORIZED | $4985.50 | |
| 04/20/2006 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 046315

| Line Nr | Remarks |
|---|---|

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 03:58 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 426.740

**Serial Number** LAES-- - 046315

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT G

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 04:00 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: AUTHORIZED**

**Total Acres** 84.750

**Serial Number** LAES-- - 046318

Serial Number: LAES-- - 046318

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| STRANG JOHN P | 35 SUTTON PLACE | NEW YORK NY 10022 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046318

| Mer Twp Rng Sec | STyp | SNr Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|
| 18 0130N 0050W 027 | FF | 1 | W2SW LESS AND EXPT 5 AC | JACKSON | NO RA | WINN | KISATCHIE NF |
| 18 0130N 0050W 027 | FF | 2 | IN SE CRN, NENESE; | JACKSON | NO RA | WINN | |

Serial Number: LAES-- - 046318

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/05/1993 | 299 | PROTEST FILED | | |
| 11/08/1993 | 387 | CASE ESTABLISHED | #ES-135-11/93; | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | | |
| 01/27/1994 | 237 | LEASE ISSUED | $1.50; | |
| 02/01/1994 | 496 | FUND CODE | 568; | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | | |
| 02/01/1994 | 868 | EFFECTIVE DATE | | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $127.50;11 | |
| 01/25/1995 | 111 | RENTAL RECEIVED | $127.50;21/0000000109 | |
| 01/10/1997 | 084 | RENTAL RECEIVED BY MMS | $127.50;21/0000000114 | |
| 12/23/1997 | 084 | RENTAL RECEIVED BY MMS | $127.50;21/0000000116 | |
| 01/06/2000 | 084 | RENTAL RECEIVED BY MMS | $170.00;21/122 | |
| 05/19/2000 | 673 | SUS OPS/PROD APLN FILED | | |
| 07/24/2000 | 674 | SUS OPS/PROD APLN DENIED | | |
| 09/15/2000 | 393 | DEC ISSUED | RECONSIDERATION DNIED | |
| 12/21/2000 | 084 | RENTAL RECEIVED BY MMS | $170.00;21/124 | |
| 07/31/2002 | 188 | DEC VACATED/RESCINDED | | |
| 07/31/2002 | 365 | DEC REMANDED | | |
| 01/30/2003 | 408 | SUS OPS/PROD CONTINUES | | |
| 01/31/2004 | 763 | EXPIRES | | |

Serial Number: LAES-- - 046318

| Line Nr | Remarks |
|---|---|

**NO WARRANTY IS MADE BY BLM**
**FOR USE OF THE DATA FOR**
**PURPOSES NOT INTENDED BY BLM**

# EXHIBIT H

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 04:08 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 312022: O&G LSE COMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 330.330

**Serial Number** LAES-- - 047595

Serial Number: LAES-- - 047595

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| ASPECT RESOURCES LLC | 511 16TH STREET, SUITE 300 | DENVER CO 80202 | LESSEE | 40.000000000 |
| MB EXPLORATION LLC | 5001 LBJ FREEWAY, SUITE 370 | DALLAS TX 75244 | LESSEE | 20.000000000 |
| UMC PETROLEUM | 1201 LOUISIANA ST | HOUSTON TX 77002 | LESSEE | 40.000000000 |

Serial Number: LAES-- - 047595

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0120N 0050W 034 | ALIQ | SWNW,W2SW,SESW,NESE,S2SE; | JACKSON NO RA | WINN | |
| 18 0120N 0050W 034 | ALIQ | W2SENE,NESWNE,S2NWNW; | JACKSON NO RA | WINN | KISATCHIE NF |

Serial Number: LAES-- - 047595

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 12/06/1995 | 387 | CASE ESTABLISHED | ES-042-12/95 | |
| 12/07/1995 | 191 | SALE HELD | | |
| 12/07/1995 | 267 | BID RECEIVED | $662.00; | |
| 01/25/1996 | 237 | LEASE ISSUED | $1.50; | |
| 01/31/1996 | 974 | AUTOMATED RECORD VERIF | | JYH |
| 02/01/1996 | 496 | FUND CODE | 568; | |
| 02/01/1996 | 530 | RLTY RATE - 12 1/2% | | |
| 02/01/1996 | 868 | EFFECTIVE DATE | | |
| 01/15/1997 | 084 | RENTAL RECEIVED BY MMS | $496.50;21/0000000082 | |
| 07/11/1997 | 140 | ASGN FILED | UMC PETROLEUM CORP | |
| 08/01/1997 | 898 | ASGN EFFECTIVE | | |
| 12/22/1997 | 084 | RENTAL RECEIVED BY MMS | $496.50;21/0004005081 | |
| 08/04/1998 | 139 | ASGN APPROVED | | |
| 01/24/2000 | 084 | RENTAL RECEIVED BY MMS | $496.50;21/7076 | |
| 01/25/2001 | 084 | RENTAL RECEIVED BY MMS | $662.00;21/7092 | |
| 01/11/2002 | 199 | CANCELED | | |
| 01/11/2002 | 525 | ACRES-NONFEDERAL | | |
| 05/17/2002 | 968 | CASE ACTION COMPLETED | | |
| 04/20/2006 | 379 | REFUND AUTHORIZED | $1730;ENERGY ARROW | |
| 04/20/2006 | 379 | REFUND AUTHORIZED | $2151.50;UMC PETROL | |
| 04/20/2006 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 047595

| Line Nr | Remarks |
|---|---|
| 0001 | /A/ ASSIGNMENT OF RECORD TITLE: UMC PETROLEUM CORP. |
| 0002 | 40%; ASPECT RESOURCES LIMITED LIABILITY CO. 40%; |
| 0003 | MB EXPLORATION, L.L.C. 20%. |

**NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM**

# EXHIBIT I

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 08/27/08 06:59 AM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 158.200

**Serial Number** LAES-- - 046310

Serial Number: LAES-- - 046310

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046310

| Mer Twp Rng Sec | STyp | SNr | Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|---|---|
| 18 0130N 0050W 007 | ALIQ | | | NESW,S2SW; | JACKSON | NO RA | NATCHITOCHES | KISATCHIE NF |
| 18 0130N 0050W 007 | ALIQ | | | NESW,S2SW; | JACKSON | NO RA | WINN | KISATCHIE NF |
| 18 0130N 0050W 007 | ALIQ | | | SWSE; | JACKSON | NO RA | NATCHITOCHES | |
| 18 0130N 0050W 007 | ALIQ | | | SWSE; | JACKSON | NO RA | WINN | |
| 18 0130N 0050W 007 | FF | 1 | | EAST OF SALINE BAYOU; | JACKSON | NO RA | NATCHITOCHES | |
| 18 0130N 0050W 007 | FF | 1 | | EAST OF SALINE BAYOU; | JACKSON | NO RA | WINN | |

Serial Number: LAES-- - 046310

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/04/1993 | 387 | CASE ESTABLISHED | ES-127-11/93 | |
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 929 | NEW PRIORITY ESTABLISHED | FOR NONCOMP SB | |
| 11/10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/26/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $238.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $238.50;21/0000000013 | |
| 12/20/1995 | 084 | RENTAL RECEIVED BY MMS | $238.50;21/0000000010 | |
| 01/07/1997 | 084 | RENTAL RECEIVED BY MMS | $238.50;21/0000000050 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 04/25/2001 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 046310

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 & 4 |
| 0002 | SUBJ TO FS STIP NO 2 |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT J

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 08/27/08 06:45 AM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 312022: O&G LSE COMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 158.440

**Serial Number** LAES-- - 047978

Serial Number: LAES-- - 047978

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| PALMER PETRO LLC | 401 EDWARDS ST #1400 | SHREVEPORT LA 711013143 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 047978

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|
| 18 0120N 0050W 028 | ALIQ | S2SW,NESE,SWSE; | JACKSON | NO RA | WINN | KISATCHIE NF |

**Relinquished/Withdrawn Lands**

Serial Number: LAES-- - 047978

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 0120N 0050W 728 | ALIQ | S2SW,SWSE; | JACKSON | NO RA | WINN | KISATCHIE NF |

Serial Number: LAES-- - 047978

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 06/19/1996 | 387 | CASE ESTABLISHED | ES-067-06/96; | |
| 06/20/1996 | 191 | SALE HELD | | |
| 06/20/1996 | 267 | BID RECEIVED | $954.00; | |
| 08/01/1996 | 496 | FUND CODE | 568; | |
| 08/01/1996 | 530 | RLTY RATE - 12 1/2% | | |
| 08/01/1996 | 868 | EFFECTIVE DATE | | |
| 08/09/1996 | 237 | LEASE ISSUED | | |
| 08/27/1996 | 084 | RENTAL RECEIVED BY MMS | $238.50;11/MULTIPLE | |
| 08/28/1996 | 974 | AUTOMATED RECORD VERIF | TMW; | |
| 06/18/1999 | 084 | RENTAL RECEIVED BY MMS | $238.50;21/0000000073 | |
| 07/28/2000 | 084 | RENTAL RECEIVED BY MMS | $238.50;21/78 | |
| 07/23/2001 | 084 | RENTAL RECEIVED BY MMS | $318.00;21/84 | |
| 01/11/2002 | 238 | LEASE MODIFIED-AMENDED | | |
| 01/11/2002 | 393 | DEC ISSUED | LEASE CAN. IN PART | |
| 08/01/2005 | 244 | TERMINATED | | |
| 04/18/2006 | 379 | REFUND AUTHORIZED | $1844.50; | |
| 08/29/2006 | 791 | TERMINAT'N NOTICE ISSUED | | |
| 08/29/2006 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 047978

| Line Nr | Remarks |
|---|---|
| 0001 | REMAINING ACREAGE UNDER LEASE IS 40.00 ACRES |

**NO WARRANTY IS MADE BY BLM**
**FOR USE OF THE DATA FOR**
**PURPOSES NOT INTENDED BY BLM**

# EXHIBIT K

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 07/30/08 04:09 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 312022: O&G LSE COMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 435.330

**Serial Number** LAES-- - 047979

Serial Number: LAES-- - 047979

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| PALMER PETRO LLC | 401 EDWARDS ST #1400 | SHREVEPORT LA 711013143 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 047979

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0120N 0050W 029 | ALIQ | SWNE,S2NW,S2; | JACKSON NO RA | NATCHITOCHES | KISATCHIE NF |

Serial Number: LAES-- - 047979

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 06/19/1996 | 387 | CASE ESTABLISHED | ES-068-06/96; | |
| 06/20/1996 | 191 | SALE HELD | | |
| 06/20/1996 | 267 | BID RECEIVED | $872.00; | |
| 07/17/1996 | 237 | LEASE ISSUED | | |
| [illegible]/01/1996 | 496 | FUND CODE | | |
| [illegible]/1996 | 530 | RLTY RATE - 12 1/2% | | |
| [illegible]996 | 868 | EFFECTIVE DATE | 568; | |
| [illegible]003 | 244 | TERMINATED | | |
| 04/18/2006 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 047979

| Line Nr | Remarks |
|---|---|

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT L

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 08/28/08 12:17 PM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 40.310
**Serial Number** LAES-- - 046323

Serial Number: LAES-- - 046323

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| SPEAR HOWELL R | P.O. BOX 1684 | MIDLAND TX 79702 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 046323

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0130N 0070W 013 | ALIQ | SWSE; | JACKSON NO RA | NATCHITOCHES | KISATCHIE NF |

Serial Number: LAES-- - 046323

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/05/1993 | 299 | PROTEST FILED | SB | |
| 11/08/1993 | 387 | CASE ESTABLISHED | ES-140-11/93 | |
| 11/09/1993 | 191 | SALE HELD | | |
| 11/09/1993 | 268 | BID NOT RECEIVED | | |
| 11/10/1993 | 129 | DAY AFTER SALE OFFER | | |
| 11/10/1993 | 929 | NEW PRIORITY ESTABLISHED | FOR NONCOMP SB | |
| 11/10/1993 | 943 | AVAIL OVER THE COUNTER | | |
| 11/19/1993 | 888 | DRAWING HELD | | |
| 01/21/1994 | 298 | PROTEST DISMISSED | SB | |
| 01/26/1994 | 237 | LEASE ISSUED | $1.50; SB | |
| 02/01/1994 | 496 | FUND CODE | 125008.1 191 SB | |
| 02/01/1994 | 530 | RLTY RATE - 12 1/2% | SB | |
| 02/01/1994 | 868 | EFFECTIVE DATE | SB | |
| 02/03/1994 | 974 | AUTOMATED RECORD VERIF | SB | |
| 02/25/1994 | 111 | RENTAL RECEIVED | $61.50;11 | |
| 01/09/1995 | 111 | RENTAL RECEIVED | $61.50;21/0000000013 | |
| 12/18/1995 | 084 | RENTAL RECEIVED BY MMS | $61.50;21/0000000010 | |
| 12/13/1996 | 084 | RENTAL RECEIVED BY MMS | $61.50;21/0000000028 | |
| 12/30/1997 | 084 | RENTAL RECEIVED BY MMS | $61.50;21/0000000035 | |
| 02/01/2000 | 244 | TERMINATED | | |
| 03/09/2001 | 970 | CASE CLOSED | SB | |

Serial Number: LAES-- - 046323

| Line Nr | Remarks |
|---|---|
| 0001 | SUBJ TO FS LEASE NO 3 & 4 |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT M

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 08/04/08 12:15 PM



**01 08-07-1947;061STAT0913;30USC351-359**
**Case Type 311112: O&G LSE NONCOMP ACQ LAND**
**Commodity 459: OIL & GAS L**
**Case Disposition: AUTHORIZED**

**Total Acres** 303.260

**Serial Number** LAES-- - 037729

Serial Number: LAES-- - 037729

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| HOGAN EXPL INC | 221 WALL ST | COLUMBIA LA 71418 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 037729

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | County | Mgmt Agency |
|---|---|---|---|---|---|
| 18 0090N 0020W 018 | ALIQ | S2SW; | JACKSON NO RA | GRANT | KISATCHIE NF |
| 18 0090N 0020W 019 | ALIQ | NE,NESE; | JACKSON NO RA | GRANT | |
| 18 0090N 0020W 020 | ALIQ | SWNW; | JACKSON NO RA | GRANT | |

Serial Number: LAES-- - 037729

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 11/16/1987 | 124 | APLN RECD | #1513; | |
| 12/21/1987 | 910 | REPORT REQUESTED | FS | |
| 02/25/1988 | 911 | REPORT RECEIVED | FS | |
| 06/01/1988 | 237 | LEASE ISSUED | $1.00; | |
| 07/01/1988 | 496 | FUND CODE | 568; | |
| 07/01/1988 | 530 | RLTY RATE - 12 1/2% | | |
| 07/01/1988 | 868 | EFFECTIVE DATE | | |
| 06/12/1989 | 111 | RENTAL RECEIVED | $320.00;/10733 | |
| 06/23/1989 | 111 | RENTAL RECEIVED | $320.00;/10828 | |
| 10/10/1989 | 575 | APD FILED | | |
| 11/28/1989 | 576 | APD APPROVED | USA 3 | |
| 12/14/1989 | 578 | APD REJECTED | USA 3 | |
| 12/14/1989 | 650 | HELD BY PROD - ACTUAL | | |
| 12/14/1989 | 658 | MEMO OF 1ST PROD-ACTUAL | #USA 3; | |
| 01/08/1990 | 643 | PRODUCTION DETERMINATION | | |
| 03/04/1990 | 909 | BOND ACCEPTED | $10000; | |
| 05/01/1990 | 246 | LEASE COMMITTED TO CA | LAES42968; | |
| 05/01/1990 | 651 | HELD BY PROD - ALLOCATED | | |
| 05/01/1990 | 660 | MEMO OF 1ST PROD-ALLOC | | |
| 06/04/1990 | 111 | RENTAL RECEIVED | $336.00;/12787 | |
| 07/26/1990 | 102 | NOTICE SENT-PROD STATUS | | |
| 10/31/1990 | 643 | PRODUCTION DETERMINATION | | |
| 07/22/1991 | 396 | TRF OF INTEREST FILED | | |
| 09/09/1991 | 379 | REFUND AUTHORIZED | $656-DUPL 89 & 90 | |
| 10/23/1991 | 238 | LEASE MODIFIED-AMENDED | ACREAGE ADJUSTED | |
| 10/23/1991 | 379 | REFUND AUTHORIZED | $32.00; | |
| 03/13/1992 | 111 | RENTAL RECEIVED | $688.00;71 | |
| 04/07/1992 | 246 | LEASE COMMITTED TO CA | LAES45714; | |
| 02/01/1999 | 235 | EXTENDED | THRU 02/01/2001 | |
| 02/01/1999 | 522 | CA TERMINATED | LAES45714; | |
| 04/08/1999 | 393 | DEC ISSUED | LEASE EXTENDED; | |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**CASE RECORDATION**
**(MASS) Serial Register Page**

RunDate/Time: 08/04/08 12:15 PM



**01 08-07-1947;061STAT0913;30USC351-359**
**Case Type 311112: O&G LSE NONCOMP ACQ LAND**
**Commodity 459: OIL & GAS L**
**Case Disposition: AUTHORIZED**

**Total Acres** 303.260

**Serial Number** LAES-- - 037729

| | | |
|---|---|---|
| 04/14/1999 | 058 | NOTICE SENT-NONPROD STAT |
| 01/01/2001 | 763 | EXPIRES |

**Line Nr** **Remarks** Serial Number: LAES-- - 037729

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM

# EXHIBIT N

# EXHIBIT O

# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT
# CASE RECORDATION
# (MASS) Serial Register Page

RunDate/Time: 08/04/08 11:13 AM



**01 12-22-1987;101STAT1330;30USC181 ET SE**
**Case Type 311122: O&G LSE NONCOMP ACQ-1987**
**Commodity 459: OIL & GAS L**
**Case Disposition: CLOSED**

**Total Acres** 212.410

**Serial Number** LAES-- - 047280

Serial Number: LAES-- - 047280

| Name & Address | | | Int Rel | % Interest |
|---|---|---|---|---|
| JUSTISS OIL CO INC | PO BOX 2990 | JENA LA 713422990 | LESSEE | 100.000000000 |

Serial Number: LAES-- - 047280

| Mer Twp Rng Sec | STyp SNr Suff | Subdivision | District/Resource Area | | County | Mgmt Agency |
|---|---|---|---|---|---|---|
| 18 0080N 0020W 011 | ALIQ | S2SENW,N2SW,SWSW; | JACKSON | NO RA | GRANT | KISATCHIE NF |
| 18 0080N 0020W 012 | ALIQ | S2NE,NESE; | JACKSON | NO RA | GRANT | |
| 18 0080N 0020W 013 | ALIQ | NWNW; | JACKSON | NO RA | GRANT | |
| 18 0080N 0020W 013 | FF | TR C-92 IN SESE 12,41AC | JACKSON | NO RA | GRANT | |
| 18 0080N 0020W 014 | ALIQ | W2NW,S2; | JACKSON | NO RA | GRANT | |

**Relinquished/Withdrawn Lands**

Serial Number: LAES-- - 047280

| | | | | | |
|---|---|---|---|---|---|
| 18 0080N 0020W 711 | ALIQ | N2SW,SWSW; | JACKSON | NO RA | GRANT |
| 18 0080N 0020W 714 | FF | W2NW,S2 LESS THE E2NWSW; | JACKSON | NO RA | GRANT |

Serial Number: LAES-- - 047280

| Act Date | Code | Action | Action Remarks | Pending Office |
|---|---|---|---|---|
| 06/21/1995 | 387 | CASE ESTABLISHED | | |
| 06/22/1995 | 129 | DAY AFTER SALE OFFER | | |
| 06/22/1995 | 191 | SALE HELD | | |
| 06/22/1995 | 268 | BID NOT RECEIVED | | |
| 06/23/1995 | 943 | AVAIL OVER THE COUNTER | | |
| 06/30/1995 | 888 | DRAWING HELD | | |
| 07/17/1995 | 237 | LEASE ISSUED | $1.50; | |
| 08/01/1995 | 496 | FUND CODE | 568; | |
| 08/01/1995 | 530 | RLTY RATE - 12 1/2% | | |
| 08/01/1995 | 868 | EFFECTIVE DATE | | |
| 06/24/1996 | 084 | RENTAL RECEIVED BY MMS | $1072.50;21/000000105 | |
| 07/06/1999 | 084 | RENTAL RECEIVED BY MMS | $1,072.50;21/00000010 | |
| 06/26/2000 | 084 | RENTAL RECEIVED BY MMS | $1430;21/1060 | |
| 06/15/2001 | 084 | RENTAL RECEIVED BY MMS | $1430;21/1060 | |
| 01/11/2002 | 238 | LEASE MODIFIED-AMENDED | | |
| 01/11/2002 | 393 | DEC ISSUED | | |
| 07/31/2005 | 234 | EXPIRED | | |
| 04/19/2006 | 379 | REFUND AUTHORIZED | $5,773.00; | |
| 04/19/2006 | 970 | CASE CLOSED | | |

Serial Number: LAES-- - 047280

| Line Nr | Remarks |
|---|---|
| 0001 | ACREAGE CANC = 501.81; REMAINING ACREAGE - 212.41AC; |
| 0002 | ANNUAL RENTAL ADJUSTED TO $426.00; |

NO WARRANTY IS MADE BY BLM
FOR USE OF THE DATA FOR
PURPOSES NOT INTENDED BY BLM