**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PETRO-HUNT, L.L.C.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 00–512 L<br>Honorable Francis M. Allegra |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT PURSUANT TO RCFC 56(h)(1)**

The Defendant, in support of its Motion to Dismiss or, in the Alternative, for Summary Judgment, respectfully requests that the Court make the following findings of fact:

1. In the early 1930s, Bodcaw Lumber Company of Louisiana ("Bodcaw Lumber") and Grant Timber & Manufacturing Company of Louisiana, Inc. ("Grant Timber") owned approximately 180,000 acres of land in Grant, Winn, and Natchitoches parishes in Louisiana. Amd. Cmplt. (Dkt. 51) ¶¶ 10, 13.

2. From 1932-1934 Bodcaw Lumber and Grant Timber transferred the mineral interests underlying the 180,000 acres to a third party, Good Pine Oil, to do oil and gas exploration. Id. ¶¶ 13-16. The mineral interests transferred to Good Pine Oil constituted 96 mineral servitudes. Id. ¶ 19.

3. From 1934-1937, Bodcaw Lumber and Grant Timber sold the surface rights to the 180,000 acres of land, on which the 96 mineral servitudes were situated, to the United States. Id. ¶¶ 37-39.

4. In 1948 the United States brought an action for declaratory relief against Nebo Oil, the successor to Good Pine Oil, arguing that, with respect to 1 of the 96 servitudes, the mineral interests had prescribed to the United States as surface owner as the result of ten years of non-use. (This servitude is referred to herein as the "Nebo Oil Servitude"). Petro-Hunt II, 365 F.3d at 391, citing United States v. Nebo Oil Co., 190 F.2d 1003, 1010 (5th Cir. 1951).

5. Beginning in the late 1980s the United States began offering leases on the United States land on which some of the 96 servitudes were or had been located. Petro-Hunt II, 365 F.3d at 393-94; see also Petro-Hunt I, 179 F. Supp. 2d at 675. See also Amd. Cmplt. (Dkt. 51) ¶ 60.

6. Petro-Hunt disputed several of the leases issued by the United States in the 1990s. Petro-Hunt I, 179 F. Supp. 2d at 675; Amd. Cmplt. (Dkt. 51) ¶ 61.

7. On February 18, 2000, Petro-Hunt and its partners (Hunt Petroleum, Corp. and Kingfisher Resources, Inc.) filed a quiet title action in the United States District Court for the Western District of Louisiana seeking to be declared the owners of the 96 mineral servitudes. Petro-Hunt II, 365 F.3d at 394; Petro-Hunt I, 179 F. Supp. 2d at 675; Amd. Cmplt. (Dkt. 51) ¶ 66.

8. The District Court held that Plaintiff was the owner of the Nebo Oil Servitude; and, based upon a stipulation of the parties, that 90 of the remaining 95 servitudes had prescribed and were therefore owned by the United States. See Petro-Hunt v. United States, 2007 WL 715270, *1 (5th Cir. 2007) ("Petro-Hunt III").

9. The District Court held that the remaining 5 servitudes – which were numbered one through five in the district court's judgment – had not prescribed and were owned by

Plaintiff and its partners as of the date of the judgment. See Petro-Hunt v. United States, Civ. No. 00-303 (W.D. La., Dec. 7, 2005), Judgment (Dkt. 228) (Ex. A to Def.s' MSJ).

10. During the late 1980s and 1990s the United States issued a single lease on the Nebo Oil Servitude (Jaquette Dec. ¶ 3.a., Ex. B to Def.'s MSJ), 11 leases on servitude number two (Id. ¶ 3.c.), and 3 leases on servitude number five (Id. ¶ 3.f.).

11. 10 of the 15 leases were issued prior to August 24, 1994. Id. ¶ 3.

12. All 15 leases have been cancelled or terminated by the Bureau of Land Management, or have expired as a result of the stated term coming to an end. Id.

September 2, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ James D. Gette*

JAMES D. GETTE
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-1461
Fax: 202-305-0267
Email: james.gette@usdoj.gov

Of counsel:
Timothy H. Baker
Office of the Solicitor
Division of Mineral Resources
Department of the Interior
1849 C Street, N.W., Mail Stop 4230
Washington, D.C. 20240

Of counsel:
Jay McWhirter
Office of the General Counsel
Department of Agriculture
1718 Peachtree St., NW, Suite 576
Atlanta, Georgia 30309-2437