# In The United States Court of Federal Claims

No. 00-512L

(Filed: October 29, 2008)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 28, 2008, plaintiff filed an unopposed motion for an enlargement of time to respond to defendant's motion to dismiss and alternative motion for summary judgment. The motion is hereby **GRANTED**. Accordingly, on or before November 17, 2008, plaintiff shall file its response to defendant's motions. **No further enlargements of this deadline will be granted.**

    **IT IS SO ORDERED.**

 

s/ Francis M. Allegra  
Francis M. Allegra  
Judge