# In The United States Court of Federal Claims

No. 00-512L

(Filed: November 18, 2008)
_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On November 14, 2008, plaintiff filed both a response to defendant's motion "to dismiss, or in the alternative, for summary judgment" and a motion to deny or continue defendant's motion for summary judgment in order to conduct needed discovery. Accordingly:

1. Per rule, on or before November 28, 2008, defendant shall file its reply to plaintiff's response to defendant's motion to dismiss.

2. All further briefing on defendant's motion for summary judgment is hereby **STAYED** until further order of the court.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge