# In The United States Court of Federal Claims

No. 00-512L

(Filed: January 6, 2009)
_____

PETRO-HUNT, L.L.C.,

      Plaintiff,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**
_____

As of December 19, 2008, defendant's motion to dismiss is fully briefed. Accordingly:

1. Plaintiff need not file its reply to defendant's response in opposition to plaintiff's motion to deny or continue defendant's motion for summary judgment in order to conduct further discovery pursuant to rule 56(f), currently due January 9, 2009, as no further briefing on defendant's motion for summary judgment is necessary, pursuant to the Court's order on November 18, 2008.

2. The Court will determine in the near future whether oral argument on defendant's motion to dismiss will be necessary.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge