# In The United States Court of Federal Claims

No. 00-512L

(Filed: February 20, 2009)

_____

PETRO-HUNT, L.L.C.,

      Plaintiff,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

      Oral argument on defendant's motion to dismiss will be held in this case on Thursday, April 9, 2009, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED.**

      s/ Francis M. Allegra
      Francis M. Allegra
      Judge