# In The United States Court of Federal Claims

No. 00-512L

(Filed: February 22, 2010)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic conference to discuss the proposed discovery schedule will be held in this case on Thursday, March 11, 2010, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge