# In The United States Court of Federal Claims

No.  00-512L

(Filed:  November 8, 2010)

_____

PETRO-HUNT, L.L.C.,

    Plaintiff,

  v.

THE UNITED STATES,

    Defendant.

_____

**ORDER**

_____

On November 5, 2010, the parties filed a joint motion to enlarge the discovery period and the time for filing of plaintiff's reply brief.  Accordingly,

1.  The parties' motion is hereby **GRANTED**, in part, and **DENIED**, in part;

2.  On or before January 7, 2011, plaintiff shall file its reply brief.  In its reply, plaintiff shall indicate:

   a.  The discovery issues the parties have resolved; and

   b.  The discovery issues that remain in the motion to compel.

Until the court knows the extent of the parties' resolution of the discovery disputes, the court will not extend the discovery schedule.

  **IT IS SO ORDERED.**

            s/Francis M. Allegra
            Francis M. Allegra
            Judge