# In The United States Court of Federal Claims

No. 00-512L

(Filed: December 13, 2010)

_____

PETRO-HUNT, L.L.C.,

              Plaintiff,

      v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Wednesday, December 22, 2010, at 10:00 a.m. (EST), at the request of the parties to update the Court on the status of discovery. Chambers will be contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge