# In The United States Court of Federal Claims

No. 00-512L

(Filed:  December 22, 2010)
_____

PETRO-HUNT, L.L.C.,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

Today, a telephonic status conference was held in this case.  Participating in the conference were Joseph White, on behalf of plaintiff, and Emily Meeker, on behalf of defendant.  In accordance with discussions held therein, the court adopts the following schedule:

1. On or before January 5, 2011, the parties shall file either a joint motion for a protective order or competing such motions;

2. On or before August 1, 2011, fact discovery shall be completed;

3. On or before August 15, 2011, the parties shall file a joint status report, with a proposed schedule for dispositive motions, as appropriate;

4. On or before August 15, 2011, the parties shall disclose their expert witnesses;

5. On or before October 3, 2011, plaintiff shall disclose its expert materials, as required by RCFC 26(a)(2);

6. On or before December 1, 2011, defendant shall disclose its expert materials, as required by RCFC 26(a)(2);

7. On or before January 13, 2012, expert discovery shall be completed; and

8. On or before January 27, 2012, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge