# In The United States Court of Federal Claims

No. 00-512L

(Filed:  June 20, 2011)

_____

PETRO-HUNT, L.L.C,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

Today, the parties filed a joint motion for an enlargement of time for the briefing of defendant's motion to dismiss.  The motion is hereby **GRANTED**.  Accordingly:

1.      On or before July 18, 2011, plaintiff shall file its response to defendant's motion to dismiss; and

2.      On or before August 26, 2011, defendant shall file its reply to plaintiff's response to its motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge