# In The United States Court of Federal Claims

No. 00-512L

(Filed: January 6, 2012)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The oral argument on defendant's motion to dismiss that was originally scheduled for January 19, 2012, has been rescheduled for Tuesday, January 31, 2012, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

                                                              s/Francis M. Allegra
                                                               Francis M. Allegra
                                                               Judge