# In the United States Court of Federal Claims

No. 00-512L

(Filed: June 25, 2012)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 22, 2012, the parties filed a joint status report regarding how this case, No. 00-512 – and related case, *Petro-Hunt, L.L.C. v. United States*, No. 11-775 – should proceed. Having reviewed the status report, the court hereby orders as follows:

1. No further motions to dismiss shall be filed in No. 00-512; any jurisdictional arguments regarding plaintiff's judicial takings claim shall be raised in post-discovery dispositive motions;

2. On or before July 9, 2012, defendant shall file a status report indicating whether it agrees or disagrees with the discovery schedule plaintiff proposed in the June 22, 2012, joint status report; and

3. Briefing on defendant's motion to dismiss in No. 11-775 remains stayed until further court order.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge