# In the United States Court of Federal Claims

No. 00-512L

(Filed: July 11, 2012)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

### ORDER
_____

On June 22, 2012, the parties filed a joint status report regarding how this case should proceed. On June 25, 2012, the court ordered defendant to file its response to plaintiff's proposed discovery schedule, which defendant did on July 9, 2012. The parties disagree on the issues of bifurcation and timing, and the court generally adopts plaintiff's approach. Accordingly, the schedule for further proceedings in this case is as follows:

1. On or before January 28, 2013, the parties shall complete fact discovery;

2. On or before March 11, 2013, the parties shall disclose their expert materials as required by RCFC 26(a)(2);

3. On or before April 22, 2013, expert discovery shall be completed; and

4. On or before May 6, 2013, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge