# In the United States Court of Federal Claims

No. 00-512L

(Filed:  December 6, 2012)
_____

PETRO-HUNT, L.L.C.,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**
_____

On December 04, 2012, plaintiff filed a motion to enforce the scheduling order or for leave to file a sur-reply.  That motion is hereby **DENIED**.  No further briefing on defendant's motion for reconsideration is necessary.

       **IT IS SO ORDERED**.

s/ Francis M. Allegra _____
Francis M. Allegra
Judge
