# In the United States Court of Federal Claims

No. 00-512L

(Filed: December 21, 2012)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

### ORDER
_____

On December 20, 2012, the parties filed a joint motion to modify the scheduling order of July 11, 2012. The motion is hereby **GRANTED**. Accordingly, the schedule for further proceedings in this case is as follows:

1. On or before May 3, 2013, the parties shall complete fact discovery;

2. On or before May 31, 2013, plaintiff shall disclose their expert materials as required by RCFC 26(a)(2);

3. On or before June 28, 2013, defendant shall disclose their expert materials as required by RCFC 26(a)(2);

4. On or before August 2, 2013, expert discovery shall be completed; and

5. On or before August 16, 2013, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge