# In the United States Court of Federal Claims

No. 00-512L

(Filed: April 5, 2013)

_____

PETRO-HUNT, L.L.C.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 4, 2013, defendant filed a motion to compel production of discovery. On or before April 17, 2013, plaintiff shall file its response to the motion.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge