# In the United States Court of Federal Claims

No. 00-512L

(Filed:  April 24, 2013)
_____

PETRO-HUNT, L.L.C.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, April 30, 2013, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge