# In the United States Court of Federal Claims

No. 00-512L

(Filed: June 25, 2013)

_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 28, 2013, plaintiff filed a renewed motion for a protective order. Finding that plaintiff has failed to provide good reason for the redactions it has made, that motion is hereby **DENIED**. Additionally:

1. On or before July 16, 2013, defendant shall file a statement of expenses incurred in opposing this motion, including attorney's fees. By separate order, the court will provide plaintiff an opportunity to be heard on whether it should bear those expenses;

2. If, after good faith discussions, defendant feels the need to file a motion to compel further production, it has leave to do so; and

3. On or before August 6, 2013, fact discovery shall be completed (this deadline remains tentative).

**IT IS SO ORDERED**.

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge