# In the United States Court of Federal Claims

No. 00-512L

(Filed:  August 9, 2013)
_____

PETRO-HUNT, L.L.C.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On July 19, 2013, defendant filed a statement of expenses incurred in opposing plaintiff's renewed motion for a protective order.  RCFC 37(a)(5)(B) requires plaintiff be given an opportunity to be heard.  Accordingly, on or before September 9, 2013, plaintiff may file a brief regarding:

1.      The reasonableness defendant's statement of expenses incurred; and

2.      Whether its renewed motion for a protective order was substantially justified or other circumstances make an award of expenses unjust.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge