# In the United States Court of Federal Claims

No. 00-512L

(Filed: November 15, 2013)

---

PETRO-HUNT, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic oral argument on motion to compel will be held in this case on Thursday, December 5, 2013, at 2:00 p.m. (EST). Argument will be limited to one-half hour per side. Chambers will contact the parties shortly before the scheduled conference time.

The argument will focus primarily on the question whether defendant has waived the privilege(s) allegedly associated with one or more of the documents in question. The parties shall be prepared, in particular, to discuss: (i) whether waivers, in respect to the United States, occur on an agency-by-agency basis (as defendant has argued); and (ii) the specific subject-matter relationship between the documents that have already been released by defendant and those that are the subject of the motion to compel.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge